UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **HEARTBEAT OF MIAMI, INC.,** *Plaintiff*, v. **JANE'S REVENGE; CALEB HUNTER FREESTONE**, in his personal capacity and as a representative of Jane's Revenge; and **AMBER MARIE SMITH-STEWART**, in her personal capacity and as a representative of Jane's Revenge; **ANNARELLA RIVERA**, in her personal capacity and as a representative of Jane's Revenge; **GABRIELLA OROPESA**, in her personal capacity and as a representative of Jane's Revenge; and **JANE DOES 6–20**, *Defendants*. | Case No. 8:23-cv-00705-KKM-AAS |

## Motion for Special Admission

Pursuant to Local Rule 2.01(c), Jeffrey C. Mateer, Esquire, respectfully moves for special admission to represent Plaintiff Heartbeat of Miami, Inc., in this action. In support of this motion, the undersigned states:

I am an attorney with the First Liberty Institute, 2001 West Plano Parkway, Suite 1600, Plano, TX 75075. I am a graduate of Dickinson College (1987) and

Southern Methodist University School of Law (1990). I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the bars of the following United States District and Circuit courts:

> United States Supreme Court
> United States District Court for the Western District of Texas
> United States District Court for the Northern District of Texas
> United States District Court for the Eastern District of Texas
> United States District Court for the Southern District of Texas
> United States Court of Appeals for the Second Circuit
> United States Court of Appeals for the Third Circuit
> United States Court of Appeals for the Fourth Circuit
> United States Court of Appeals for the Fifth Circuit
> United States Court of Appeals for the Sixth Circuit
> United States Court of Appeals for the Seventh Circuit
> United States Court of Appeals for the Ninth Circuit
> United States Court of Appeals for the Eleventh Circuit

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *Cambridge Christian School, Inc. v. Florida High School Athletic Association, Inc.*
> Case No. 22-11222: United States Court of Appeals for the Eleventh Circuit

I am familiar with and will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be

required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                                      Respectfully submitted,

                                                      */s/ Jeffrey C. Mateer*_____
                                                      JEFFREY C. MATEER

Dated: April 20, 2023                                          Respectfully submitted,

| | |
|---|---|
| JEFFREY C. MATEER* | /s/ Jason Gonzalez |
| DAVID J. HACKER* | JASON GONZALEZ, LEAD COUNSEL |
| JEREMY DYS* | FLORIDA BAR NO: 146854 |
| RYAN GARDNER* | PAUL C. HUCK, JR. |
| LEA E. PATTERSON* | FLORIDA BAR NO: 968358 |
| FIRST LIBERTY INSTITUTE | AMBER STONER NUNNALLY |
| 2001 West Plano Parkway | FLORIDA BAR NO: 109281 |
| Suite 1600 | TAYLOR GREENE |
| Plano, TX 75075 | FLORIDA BAR NO. 1011792 |
| (972) 941-4444 | LAWSON HUCK GONZALEZ, PLLC |
| | 215 South Monroe Street, Suite 320 |
| *Applications for admission *pro hac vice* pending. | Tallahassee, Florida 32301 |
| | (850) 825-4334 |
| | jason@lawsonhuckgonzalez.com |
| | paul@lawsonhuckgonzalez.com |
| | amber@lawsonhuckgonzalez.com |
| | taylor@lawsonhuckgonzalez.com |
| | marsha@lawsonhuckgonzalez.com |
| | michelle@lawsonhuckgonzalez.com |

*Counsel for Plaintiffs*

## Local Rule 3.01(g) Certification

Counsel for defendants have not filed an appearance in this matter, therefore, movant has not conferred with the opposing party regarding their position on this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on April 20, 2023, to all counsel of record.

/s/ Jason Gonzalez<br>
Jason Gonzalez