## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:23-CV-00705-KKM-AAS

Plaintiff:
**Heartbeat of Miami, Inc.**

vs.

Defendant:
**Jane's Revenge, et. al.**

VPS2023002921

For:
Jason Gonzalez
Lawson Huck Gonzalez PLLC
215 South Monroe Street
Suite 320
Tallahassee, FL 32301

Received by Vause's Process Service on the 19th day of April, 2023 at 4:30 pm to be served on **Gabriella V. Oropesa, 5700 S.W. 89th Way, Cooper City, FL 33328.**

I, Darryl Zagar, being duly sworn, depose and say that on the **25th day of April, 2023 at 8:22 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the Summons, Amended Compliant Requesting Permanent Injunctive Relief, with Exhibits to Gabriella V. Oropesa at the address of: 5700 S.W. 89th Way, Cooper City, FL 33328 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, pursuant to F.S. 48.031(1).

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am over the age of 18 and a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Sworn to (or affirmed) and subscribed before me by means of physical presence on this 28th day of April, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Patricia Ann Ducran
My Commission
HH 159858
Exp. 8/2/2025

Darryl Zagar
SPS #701

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302
(850) 656-2605

Our Job Serial Number: VPS-2023002921

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ☑

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; and AMBER MARJE SMITH-STEWART, in her personal capacity as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge, GABRIELLA OROPESA, in her personal capacity as a representative of Jane's Revenge; and JANE DOES 6–20, <br><br> *Defendant(s)* | Civil Action No 8:23-cv-00705-KKM-AAS <br><br> Date 4/25/23 Time 8:22 P <br><br> Initials QR  ID #701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **Gabriella V. Oropesa**
**5700 S.W. 89th Way**
**Cooper City, Florida 33328-5160**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Gonzalez, Esquire
Lawson Huck Gonzalez, PLLC
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 17, 2023

*Signature of Clerk or Deputy Clerk*