HEARTBEAT OF MIAMI, INC.,

    *Plaintiff,*

v.

GABRIELLA OROPESA

*Defendant.*

Case No. 23-cv-705

## PRO SE MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT.

I, Gabriella Oropesa, hereby request an extension of time of 30 days in which to respond to the amended complaint. This request is necessary for me to obtain counsel.

Signed this 17th day of May 2023

x *Gabriella V. Oropesa*

Gabriella Oropesa

FILED 2023 MAY 19 AM 10: 34
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA