## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HEARTBEAT OF MIAMI, INC.,

                       Plaintiff,

     v.

JANE'S REVENGE,

GABRIELLA OROPESA, *et al*.

                       Defendants.

Case No.: 23-cv-705

## DEFENDANT GABRIELLA OROPESA'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant Gabriella Oropesa, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this court for an Order extending the deadline to respond to Plaintiff's Amended Complaint until July 31, 2023, the date by which the first response of other Defendants is due. In support, Defendant Oropesa states the following:

1. On May 22, 2023, this Court entered an Order granting Defendant Oropesa's Pro Se Motion for Extension of Time to Respond to Amended Complaint and setting the new deadline for June 22, 2023. ECF 30.

2. On June 14, 2023, Defendant Oropesa secured representation in this matter by undersigned counsel. Undersigned counsel requires brief additional time to review this matter and respond to the Amended Complaint.

3. The next deadline for any Defendant to respond to the Amended Complaint is July 31, 2023. *See* ECF No. 31. In the interest of judicial economy and to allow sufficient time to respond adequately, Defendant Oropesa requests an extension of time to the same date.

Wherefore, for the foregoing reasons, Defendant Oropesa respectfully request that this Court enter an Order extending the date to respond to the Amended Complaint to July 31, 2023.

Date: June 14, 2023                          Respectfully submitted,

                                             /s/ Miriam Haskell
                                             Miriam Haskell, Esq.

                                             Community Justice Project
                                             Miriam Haskell
                                             Florida Bar No. 069033
                                             miriam@communityjusticeproject.com
                                             Carrie Joanna Feit
                                             Florida Bar No. 470066
                                             carrie@communityjusticeproject.com
                                             3000 Biscayne Blvd., Suite 106
                                             Miami, Florida 33137
                                             Telephone: (305) 907-7697

<u>Local Rule 3.01 (g) Certification</u>

Counsel for Defendant Oropesa has conferred with counsel for Plaintiff, who does not oppose the relief sought in this motion.

Date: June 14, 2023                    /s/ Miriam Haskell_____
                                       Miriam Haskell, Esq.

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing has been electronically served by the Court's CM/ECF systems on all counsel of record on June 14, 2023.

Date: June 14, 2023                    /s/ Miriam Haskell_____
                                       Miriam Haskell, Esq.