UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., <br><br> Plaintiff, <br><br> v. <br><br> JANE'S REVENGE, *et al.*, <br><br> Defendants. | Case No. 8:23-cv-705-KKM-AAS |

**NOTICE OF APPEARANCE**
**AND DESIGNATION AS LEAD COUNSEL**

Pursuant to Local Rule 2.02, please take notice that James M. Slater of Slater Legal PLLC hereby enters his appearance as lead counsel on behalf of Defendant Caleb Hunter Freestone. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: June 14, 2023.                Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023
*Attorneys for Defendant Freestone*

## Certificate of Service

I hereby certify that on June 14, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater