United States District Court
Middle District of Florida
Tampa Division

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., | ) |
| | ) Case No. 8:23-cv-705-KKM-AAS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JANE'S REVENGE; CALEB HUNTER FREESTONE, AMBER MARIE SMITH-STEWART, ANNARELLA RIVERA, GABRIELLA VICTORIA OROPESA, and DOES 6-20, | ) |
| | ) |
| Defendants. | ) |

**Unopposed Motion for Special Admission**

Lauren Regan, Esquire, moves for special admission to represent Amber Smith-Stewart in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of two United States district courts; specifically, District of Oregon, and District of North Dakota.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

State of Florida v. Freestone, *et al.*, M.D. Fla 8:23-cr-00025; and Moody/Attorney General v. Freestone *et al*, M.D. Fla No. 8:23-cv-701SDM-MRM (both are related cases)

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I am already registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

   /s/ Lauren Regan
Lauren Regan, Attorney
Oregon State Bar No. 970878
Civil Liberties Defense Center
1430 Willamette Ave. No 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party has no objection to my special admission.