IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., ) | |
| ) | Case No. 8:23-cv-705-KKM-AAS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JANE'S REVENGE; CALEB HUNTER ) | |
| FREESTONE, AMBER MARIE SMITH- ) | |
| STEWART, ANNARELLA RIVERA, ) | |
| GABRIELLA VICTORIA OROPESA, ) | |
| and DOES 6-20, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE
AND DESIGNATION AS LEAD COUNSEL**

Pursuant to Local Rule 2.02, please take notice that Marianne Dugan and Lauren Regan (both pending *pro hac vice* admission) of Civil Liberties Defense Center hereby enter their appearance as counsel on behalf of Defendant Amber Marie Smith-Stewart, with Marianne Dugan as lead counsel and Lauren Regan as additional counsel. Contact information is included below.

June 15, 2023.

Respectfully submitted,

*/s/ Marianne Dugan*
Marianne Dugan, *pro hac vice pending*
Oregon State Bar # 932563
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180

1

mdugan@cldc.org

Lead counsel for defendant Amber Smith-Stewart

*/s/ Lauren Regan*
Lauren Regan, *pro hac vice pending*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Counsel for defendant Amber Smith-Stewart