IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., | ) |
| | ) Case No. 8:23-cv-705-KKM-AAS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JANE'S REVENGE; CALEB HUNTER FREESTONE, AMBER MARIE SMITH-STEWART, ANNARELLA RIVERA, GABRIELLA VICTORIA OROPESA, and DOES 6-20, | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

Pursuant to United States Middle District of Florida Local Rule 3.03, Defendant Amber Smith-Stewart submits this Disclosure Statement. Plaintiff states, to the best of her knowledge, that the following individuals and entities have an interest in the disposition of this case:

(1) Each person -- including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity -- that has or might have an interest in the outcome:

Heartbeat of Miami, Inc.

Caleb Hunter Freestone

Amber Marie Smith-Stewart

1

Gabriella Oropesa

Annarella Rivera

Lawson Huck Gonzalez PLLC law firm, counsel for Heartbeat of Miami, Inc.

Jason Brent Gonzalez, Counsel for Heartbeat of Miami, Inc.

Amber Stoner Nunnally, Counsel for Heartbeat of Miami, Inc.

First Liberty Institute, Counsel for Heartbeat of Miami, Inc.

David Jonathan Hacker, Counsel for Heartbeat of Miami, Inc.

Jeffrey Carl Mateer, Counsel for Heartbeat of Miami, Inc.

Jeremiah G. Dys, Counsel for Heartbeat of Miami, Inc.

Jeremy Dys, Counsel for Heartbeat of Miami, Inc.

Lea E. Patterson, Counsel for Heartbeat of Miami, Inc.

Paul Courtney Huck, Jr, Counsel for Heartbeat of Miami, Inc.

Ryan Nathan Gardner, Counsel for Heartbeat of Miami, Inc.

Taylor Greene, Counsel for Heartbeat of Miami, Inc.

Ashley Moody, Attorney General of the State of Florida

State of Florida

Office of the Attorney General of the State of Florida

Joseph E. Hart, Counsel for State of Florida

James H. Percival, Counsel for State of Florida

John Guard, Counsel for State of Florida

Henry Whitaker, Counsel for State of Florida

Michael P. Maddux, Counsel for Defendant Freestone in criminal action number 8:23-cr-00025-VMC-AEP

Marianne Dugan, Counsel for Defendant Smith-Stewart in this action as well as civil action number 8:23-cv-701-SDM-MRM

Lauren C. Regan, Counsel for Defendant Smith-Stewart in this action as well as criminal action number 8:23-cr-00025-VMC-AEP and civil action number 8:23-cv-701-SDM-MRM

Sarah Ann Alvarez, Counsel for Defendant Smith-Stewart in criminal action number 8:23-cr-00025-VMC-AEP

Shiobhan Olivero, Counsel for Annarella Rivera in criminal action number 8:23-cr-00025-VMC-AEP

Matthew P. Farmer, Counsel for Gabriella Victoria Oropesa in criminal action number 8:23-cr-00025-VMC-AEP

Stacie B. Harris, US Attorney's Office – FLM, Counsel for USA in criminal action number 8:23-cr-00025-VMC-AEP

Laura-Kate Bernstein, DOJ-Crm, Washington DC, Counsel for USA in criminal action number 8:23-cr-00025-VMC-AEP

James Murray Slater, Counsel for Caleb Hunter Freestone in this action and in civil action number 8:23-cv-701-SDM-MRM

Faudlin Pierre, Counsel for Gabriella Victoria Oropesa in civil action number 8:23-cv-701-SDM-MRM

Andrea Costello, Counsel for Annarella Rivera in this action and in civil action number 8:23-cv-701-SDM-MRM

Miriam Fahsi Haskell, Southern Poverty Law Center, Counsel for Gabriella Victoria Oropesa in this action

(2) Each entity with publicly traded shares or debt potentially affected by the outcome:  None known.

(3) Each additional entity likely to actively participate, including in a

bankruptcy proceeding the debtor and each member of the creditor's committee: None known.

(4) Each person arguably eligible for restitution: None known.

## DISCLOSURE CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated June 15, 2023.

Respectfully submitted,

*/s/ Marianne Dugan*
Marianne Dugan, *pro hac vice pending*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
 (541) 687-9180
mdugan@cldc.org