UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEARTBEAT OF MIAMI, INC.,

    Plaintiff,

v.

JANE'S REVENGE, *et al.*,

    Defendants.

Case No. 8:23-cv-705-KKM-AAS

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Heartbeat of Miami, Inc., Plaintiff;
    - Lawson Huck Gonzalez PLLC, Attorneys for Plaintiff;
        - Jason Brent Gonzalez, Attorney for Plaintiff;
        - Paul Courtney Huck, Jr., Attorney for Plaintiff;
        - Amber Stoner Nunnally, Attorney for Plaintiff;
        - Taylor Greene, Attorney for Plaintiff;

- o   First Liberty Institute, Attorneys for Plaintiff;
  - David Jonathan Hacker, Attorney for Plaintiff;
  - Jeffrey Carl Mateer, Attorney for Plaintiff;
  - Jeremiah G. Dys, Attorney for Plaintiff;
  - Jeremy Dys, Attorney for Plaintiff;
  - Lea E. Patterson, Attorney for Plaintiff;
  - Ryan Nathan Gardner, Attorney for Plaintiff;
- Ashley Moody, in her official capacity as Attorney General of the State of Florida, Plaintiff in *Attorney General v. Freestone, et al.*, Case No. 8:23-cv-701-SDM-MRM (the "AG Action");
  - o   Office of the Florida Attorney General, Attorneys for Ashley Moody in the AG Action;
    - Joseph Hart, Attorney for Ashley Moody in the AG Action;
    - James Percival, Attorney for Ashley Moody in the AG Action;
    - John Guard, Attorney for Ashley Moody in the AG Action;
    - Henry Whitaker, Attorney for Ashley Moody in the AG Action;

- Caleb Hunter Freestone, Defendant;
    - Slater Legal PLLC, Attorneys for Defendant Freestone;
        - James M. Slater, Attorney for Defendant Freestone;
    - Michael P. Maddux, P.A., Attorneys for Defendant Freestone in *USA v. Freestone et al.*, Case No. 8:23-cr-25-VMC-AEP (the "Criminal Action");
        - Michael Maddux, Attorney for Defendant Freestone in the Criminal Action;
        - Jennifer Szymczak, Attorney for Defendant Freestone in the Criminal Action;
- Anarella Rivera, Defendant;
    - Florida Legal Services, Inc., Attorneys for Defendant Rivera;
        - Andrea Costello, Attorney for Defendant Rivera;
    - Olivero Law, P.A., Attorneys for Defendant Rivera in the Criminal Action;
        - Shiobhan Olivero, Attorney for Defendant Rivera in the Criminal Action;
- Amber Smith-Stewart, Defendant;
    - Civil Liberties Defense Center, Attorneys for Defendant Smith-Stewart in this action and the Criminal Action;

- - - Marianne Dugan, Attorney for Defendant Smith-Stewart;
    - Lauren Regan, Attorney for Defendant Smith-Stewart in this action and the Criminal Action;
    - Sarah Alvarez, Attorney for Defendant Smith-Stewart in the Criminal Action;
- Gabriella Oropesa, Defendant;
  - Community Justice Project, Inc., Attorneys for Defendant Oropesa;
    - Miriam Haskell, Attorney for Defendant Oropesa;
    - Carrie Feit, Attorney for Defendant Oropesa;
  - Pierre Simon, Attorneys for Defendant Oropesa in the AG Action;
    - Faudlin Pierre, Attorney for Defendant Oropesa in the AG Action;
  - Farmer & Fitzgerald, Attorneys for Defendant Oropesa in the Criminal Action;
    - Matthew Farmer, Attorney for Defendant Oropesa in the Criminal Action.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** None known.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 16, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Caleb Freestone*

**Certificate of Service**

I hereby certify that on June 16, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater