# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

_____

HEARTBEAT OF MIAMI, INC.,

    Plaintiff,

v.

JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; and GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20,

    Defendants.

_____

Case No. 8:23-cv-00705-KKM-AAS

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that the undersigned counsel, Andrea Costello, appears in this action and is designated as lead counsel of record for Defendant Annarella Rivera. *See* M.D. Local Rule 2.02(a). Undersigned counsel respectfully

requests inclusion on the party's service list in this matter, all correspondence, and discovery.

Dated: June 16, 2023                    Respectfully submitted,

                                        By:   /s/ Andrea Costello
                                        Andrea Costello
                                        Fla. Bar No. 0532991
                                        Florida Legal Services
                                        P.O. Box 533986
                                        Orlando, FL 32853
                                        Telephone: (407) 801-0332 (direct)
                                        Fax: (407) 505-7327
                                        andrea@floridalegal.org
                                        *Lead Counsel and Attorney for*
                                        *Defendant Annarella Rivera*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2023, I served the foregoing by electronically filing with the Clerk of the Court by using the CM/ECF system which automatically sends notification to:

      Jason Gonzalez
      LAWSON HUCK GONZALEZ, PLLC
      Email: jason@lawsonhuckgonzalez.com
      Lead Counsel for Plaintiff

      Paul C. Huck, Jr.
      LAWSON HUCK GONZALEZ, PLLC
      Email: paul@lawsonhuckgonzalez.com
      Counsel for Plaintiff

      Amber Stoner Nunnally
      LAWSON HUCK GONZALEZ, PLLC
      Email: amber@lawsonhuckgonzalez.com
      Counsel for Plaintiff

      Taylor Greene
      Lawson Huck Gonzalez PLLC
      Email: taylor@lawsonhuckgonzalez.com
      Counsel for Plaintiff

      Jeffrey C. Mateer
      FIRST LIBERTY INSTITUTE
      Email: jmateer@firstliberty.org
      Counsel for Plaintiff

      David J. Hacker
      FIRST LIBERTY INSTITUTE
      Email: dhacker@firstliberty.org
      Counsel for Plaintiff

      Jeremy Dys
      FIRST LIBERTY INSTITUTE
      Email: jdys@firstliberty.org
      Counsel for Plaintiff

Ryan Gardner
FIRST LIBERTY INSTITUTE
Email: rgardner@firstliberty.org
Counsel for Plaintiff

Lea E. Patterson
FIRST LIBERTY INSTITUTE
Email: lepatterson@firstliberty.org
Counsel for Plaintiff

        /s/ Andrea Costello
Andrea Costello
Fla. Bar No. 0532991