# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

_____

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., | Case No. 8:23-cv-00705-KKM-AAS |
| Plaintiff, | |
| v. | |
| JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; and GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20, | |
| Defendants. | |

_____

## DEFENDANT ANNARELLA RIVERA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

**RESPONSE:**

- Heartbeat of Miami, Inc., Plaintiff;
- Lawson Huck Gonzalez PLLC, Attorneys for Plaintiff;
- Jason Brent Gonzalez, Attorney for Plaintiff;
- Paul Courtney Huck, Jr., Attorney for Plaintiff;
- Amber Stoner Nunnally, Attorney for Plaintiff;
- Taylor Greene, Attorney for Plaintiff;
- First Liberty Institute, Attorneys for Plaintiff;
- David Jonathan Hacker, Attorney for Plaintiff;
- Jeffrey Carl Mateer, Attorney for Plaintiff;
- Jeremiah G. Dys, Attorney for Plaintiff;
- Jeremy Dys, Attorney for Plaintiff;
- Lea E. Patterson, Attorney for Plaintiff;
- Ryan Nathan Gardner, Attorney for Plaintiff;

- Ashley Moody, in her official capacity as Attorney General of the State of Florida, Plaintiff in *Attorney General v. Freestone, et al.*, Case No. 8:23-cv-701-SDM-MRM (the "AG Action");
- Office of the Florida Attorney General, Attorneys for Ashley Moody in the AG Action;
- Joseph Hart, Attorney for Ashley Moody in the AG Action;
- James Percival, Attorney for Ashley Moody in the AG Action;
- John Guard, Attorney for Ashley Moody in the AG Action;
- Henry Whitaker, Attorney for Ashley Moody in the AG Action;
- Caleb Hunter Freestone, Defendant;
- Slater Legal PLLC, Attorneys for Defendant Freestone;
- James M. Slater, Attorney for Defendant Freestone;
- Michael P. Maddux, P.A., Attorneys for Defendant Freestone in *USA v. Freestone et al.*, Case No. 8:23-cr-25-VMC-AEP (the "Criminal Action");
- Michael Maddux, Attorney for Defendant Freestone in the Criminal Action;
- Jennifer Szymczak, Attorney for Defendant Freestone in the Criminal Action;
- Annarella Rivera, Defendant;
- Florida Legal Services, Inc., Attorneys for Defendant Rivera;
- Andrea Costello, Attorney for Defendant Rivera;

- Olivero Law, P.A., Attorneys for Defendant Rivera in the Criminal Action;
- Shiobhan Olivero, Attorney for Defendant Rivera in the Criminal Action;
- Amber Smith-Stewart, Defendant;
- Civil Liberties Defense Center, Attorneys for Defendant Smith-Stewart in this action and the Criminal Action;
- Marianne Dugan, Attorney for Defendant Smith-Stewart;
- Lauren Regan, Attorney for Defendant Smith-Stewart in this action and the Criminal Action;
- Sarah Alvarez, Attorney for Defendant Smith-Stewart in the Criminal Action;
- Gabriella Oropesa, Defendant;
- Community Justice Project, Inc., Attorneys for Defendant Oropesa;
- Miriam Haskell, Attorney for Defendant Oropesa;
- Carrie Feit, Attorney for Defendant Oropesa;
- Pierre Simon, Attorneys for Defendant Oropesa in the AG Action;
- Faudlin Pierre, Attorney for Defendant Oropesa in the AG Action;
- Farmer & Fitzgerald, Attorneys for Defendant Oropesa in the Criminal Action;
- Matthew Farmer, Attorney for Defendant Oropesa in the Criminal Action.

2. The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

**RESPONSE:** None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**RESPONSE:** None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**RESPONSE:** None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: June 16, 2023                     Respectfully submitted,

By: ___/s/ Andrea Costello___
Andrea Costello
Fla. Bar No. 0532991
Florida Legal Services
P.O. Box 533986
Orlando, FL 32853
Telephone: (407) 801-0332 (direct)
Fax: (407) 505-7327

andrea@floridalegal.org
*Attorneys for Defendant Annarella Rivera*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2023, I served the foregoing by electronically filing with the Clerk of the Court by using the CM/ECF system which automatically serves a copy on all counsel of record.

                             /s/ Andrea Costello
                         Andrea Costello
                         Fla. Bar No. 0532991