IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., | ) |
| | ) Case No. 8:23-cv-705-KKM-AAS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JANE'S REVENGE; CALEB HUNTER FREESTONE, AMBER MARIE SMITH-STEWART, ANNARELLA RIVERA, GABRIELLA VICTORIA OROPESA, and DOES 6-20, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SMITH-STEWART'S
NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

Pursuant to LR 2.01(b)(3)(B), all counsel for defendant Smith-Stewart give notice that their address has changed to: 1711 Willamette St. Suite 301 # 359; Eugene, OR 94701. The phone number and email addresses remain the same.

Respectfully submitted June 23, 2023.

                                      Respectfully submitted,

                                      */s/ Marianne Dugan*
                                      Marianne Dugan, *pro hac vice*
                                      Oregon State Bar # 932563
                                      Civil Liberties Defense Center
                                      1711 Willamette St. Suite 301 #359
                                      Eugene, OR 97401
                                      (541) 687-9180
                                      mdugan@cldc.org

                                      Lead counsel for defendant Amber Smith-Stewart

/s/ Lauren Regan
Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

    Counsel for defendant Amber Smith-Stewart