UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEARTBEAT OF MIAMI, INC.,

    Plaintiff,

v.

JANE'S REVENGE, *et al.*,

    Defendants.

Case No. 8:23-cv-705-KKM-AAS

**JOINT MOTION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT**

Defendants Amber Marie Smith-Stewart, Caleb Hunter Freestone, Annarella Rivera, and Gabriella Victoria Oropesa are currently subject to federal prosecution in this District for conduct central to Plaintiff Heartbeat of Miami, Inc.'s Amended Complaint. *See United States v. Freestone, et al.*, Case No. 8:23-cr-0025 (M.D. Fla.). Prior to the deadline to respond to the Amended Complaint, Defendants will be filing one or more motions to stay this proceeding pending the resolution of the criminal case, which Plaintiff does not oppose. Since the Defendants will seek to temporarily stay this matter, in the interests of judicial efficiency and conservation of the parties' resources, the parties agree that the deadline for filing responses to the Amended Complaint may be tolled. Plaintiff does not oppose tolling of this

matter subject to the following conditions which the parties jointly propose to the Court:

1.    For any Defendant who files or joins a motion to stay, the parties respectfully request that the Court toll the deadline for that Defendant to respond to Plaintiff's operative complaint pending the Court's decision on the motion to stay; and

2.    The parties further request that any response to the operative complaint be due 14 days after an order denying or lifting such a stay.

WHEREFORE, the parties respectfully request that the Court grant this motion and toll the deadline for any Defendant who files or joins a motion to stay this case as set forth herein.

Dated: July 11, 2023

Respectfully submitted,

*/s/ Jason Gonzalez*
Jason Gonzalez* (FBN 146854)
Paul C. Huck, Jr. (FBN 968358)
Amber Stoner Nunnally (FBN 109281)
Taylor Greene (FBN 1011792)
LAWSON HUCK GONZALEZ, PLLC
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301
Tel. (850) 825-4334
jason@lawsonhuckgonzalez.com
paul@lawsonhuckgonzalez.com
amber@lawsonhuckgonzalez.com
taylor@lawsonhuckgonzalez.com

-and-

Jeffrey C. Mateer (*pro hac vice*)
David J. Hacker (*pro hac vice*)
Jeremy Dys (*pro hac vice*)
Ryan Gardner (*pro hac vice*)
Lea E. Patterson (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, Texas 75075
Tel. (972) 941-4444
lepatterson@firstliberty.org
jdys@firstliberty.org
jmateer@firstliberty.org
dhacker@firstliberty.org
rgardner@firstliberty.org
**Lead Counsel for Plaintiff*

/s/ Marianne Dugan
Marianne Dugan* (*pro hac vice*)
CIVIL LIBERTIES DEFENSE CENTER
1611 Willamette Street, Suite 301 #359
Eugene, Oregon 97401
Tel. (541) 687-9180
mdugan@cldc.org
**Lead Counsel for Defendant Amber Smith-Stewart*

/s/ James Slater
James Slater* (FBN 111779)
SLATER LEGAL PLLC
113 Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal
**Lead Counsel for Defendant Caleb Freestone*

3

*/s/ Andrea Costello*
Andrea Costello* (FBN 0532991)
FLORIDA LEGAL SERVICES
P.O. Box 533986
Orlando, Florida 32853
Tel. (407) 801-0332
andrea@floridalegal.org
**Lead Counsel for Defendant Annarella Rivera*

*/s/ Miriam Haskell*
Miriam Haskell* (FBN 069033)
Carrie Joanna Feit (FBN 470066)
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Tel. (305) 907-7697
miriam@communityjusticeproject.com
carrie@communityjusticeproject.com
**Lead Counsel for Defendant Gabriella Oropesa*

4