# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HEARTBEAT OF MIAMI, INC.,**

   *Plaintiff*,

v.

**JANE'S REVENGE, et al.,**

   *Defendants*.

Case No. 8:23-cv-705

## NOTICE OF APPEARANCE

COMES NOW, Caroline May Poor of the law firm Lawson Huck Gonzalez PLLC, hereby gives her notice of appearance as counsel for Plaintiff, HEARTBEAT OF MIAMI, INC., in the above-styled matter. Please direct a copy of all future documents, pleadings, and correspondence to the email addresses indicated below.

Dated: July 19, 2023                                  Respectfully submitted,

| | |
|---|---|
| JEFFREY C. MATEER | /s/ *Caroline May Poor* |
| DAVID J. HACKER | JASON GONZALEZ, LEAD COUNSEL |
| JEREMY G. DYS | FLORIDA BAR NO: 146854 |
| RYAN N. GARDNER | PAUL C. HUCK, JR. |
| LEA E. PATTERSON | FLORIDA BAR NO: 968358 |
| FIRST LIBERTY INSTITUTE | AMBER STONER NUNNALLY |
| 2001 West Plano Parkway | FLORIDA BAR NO: 109281 |
| Suite 1600 | TAYLOR H. GREENE |
| Plano, TX 75075 | FLORIDA BAR NO: 1011792 |
| (972) 941-4444 | CAROLINE MAY POOR |
| | FLORIDA BAR NO. 1018391 |
| | LAWSON HUCK GONZALEZ, PLLC |
| | 215 South. Monroe Street, Suite 320 |
| | Tallahassee, Florida 32301 |
| | (850) 825-4334 |
| | jason@lawsonhuckgonzalez.com |
| | paul@lawsonhuckgonzalez.com |
| | amber@lawsonhuckgonzalez.com |
| | taylor@lawsonhuckgonzalez.com |
| | marsha@lawsonhuckgonzalez.com |
| | michelle@lawsonhuckgonzalez.com |
| | stephanie@lawsonhuckgonzalez.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on July 19, 2023, to all counsel of record.

/s/ *Caroline May Poor*
Attorney