## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HEARTBEAT OF MIAMI, INC.,**

    *Plaintiff,*

v.

**JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20,**

    *Defendants.*

Case No. 8:23-cv-00705-KKM-AAS

## PLAINTIFF'S RESPONSE TO DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY THESE PROCEEDINGS PENDING THE OUTCOME OF THE PARALLEL CRIMINAL ACTION

Pursuant to Local Rule 3.01, Plaintiff Heartbeat of Miami, Inc. ("Heartbeat") respectfully files this Response to Defendants' Unopposed Joint Motion to Stay These Proceeding Pending the Outcome of the Parallel Criminal Action (the "Motion"), ECF No. 53. In support of this response, the undersigned states:

Heartbeat does not oppose Defendants' Motion. A federal grand jury in the Middle District of Florida has indicted Defendants Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa for violating the Freedom of Access to Clinic Entrances Act (the FACE Act), 18 U.S.C. § 248 (the "Criminal Action"). *United States v. Freestone*, 8:23-cr-00025, ECF No. 1 (M.D. Fla. Jan. 18, 2023). The federal government seeks to hold Defendants criminally accountable for their attacks on three life-affirming reproductive health facilities designed to *inter alia* injure, threaten, and intimidate employees in their ability to provide vital medical services. *See id.* at 2. Defendants acknowledge that this is some of the same conduct for which Heartbeat seeks civil redress in this case.

As Defendants highlight, a sister court in the Middle District of Florida has already stayed the Florida Attorney General's parallel action (the "AG Action") against Defendants in part because the Criminal Action and the AG Action deal with the same facts and law. *Attorney General v. Freestone*, 8:23-cv-701-SDM-MRM, ECF No. 36 at 3 (M.D. Fla. March 29, 2023) (attached to Defendants' Motion as Exhibit 1). Due to the overlapping nature of the actions and implications of Defendants' potentially invoking their Fifth Amendment rights in discovery the Court stayed the action for 90 days or until a resolution in the criminal action, whichever occurs first. *Id*. at 2-4. While Plaintiff's Amended Complaint does not

entirely overlap with the criminal action, in consideration of Judge Merryday's opinion in *Attorney General v. Freestone*, judicial efficiency, and avoiding roadblocks in discovery Defendants do not oppose the relief Defendants seek.

Thus, Plaintiff affirms that it does not oppose the Motion.

Respectfully submitted,

JEFFREY C. MATEER
DAVID J. HACKER
JEREMY G. DYS
RYAN N. GARDNER
LEA E. PATTERSON
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444

/s/ Jason Gonzalez
JASON GONZALEZ
FLORIDA BAR NO: 146854
PAUL C. HUCK, JR.
FLORIDA BAR NO: 968358
AMBER STONER NUNNALLY
FLORIDA BAR NO: 109281
CAROLINE MAY POOR
FLORIDA BAR NO. 1018391
LAWSON HUCK GONZALEZ, PLLC
215 South. Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on July 21, 2023, to all counsel of record.

/s/ Jason Gonzalez