# Exhibit 1

BOND

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:23-cr-00025-VMC-AEP-2

Case title: USA v. Freestone et al

Date Filed: 01/18/2023

Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Anthony E. Porcelli

**Defendant (2)**

**Amber Marie Smith-Stewart**
*also known as*
Ae
*also known as*
16inches

represented by **Tina Budzisz**
Office of Federal Public Defender
Middle District of Florida
400 N Tampa Street
Suite 2700
Tampa, FL 33602
813-228-2715
Email: tina_budzisz@fd.org
*TERMINATED: 02/08/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Brenna Hyde**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407-648-6338
Fax: 407-648-6095
Email: erin_hyde@fd.org
*TERMINATED: 01/31/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Lauren C. Regan**
Civil Liberties Defense Center
1711 Willamette St., Suite 301 #359
Eugene, OR 97401
541-687-9180
Fax: 541-686-2137
Email: lregan@cldc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sarah Ann Alvarez**

Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
541-687-9180
Email: salvarez@cldc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY AGAINST RIGHTS OF CITIZENS (1) | |
| CONSPIRACY AGAINST RIGHTS OF CITIZENS (1s) | |
| ACCESS TO CLINIC ENTRANCE (IF DEATH RESULTS) (2-3) | |
| ACCESS TO CLINIC (PRIOR, 1ST OFF VIOLENT, SUB NON-VIOLENT) (2s-3s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Stacie B. Harris**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813/274-6000<br>Fax: 813/274-6178<br>Email: stacie.harris@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

**Laura-Kate Bernstein**
DOJ-Crm
1301 New York Ave NW
Suite 600
Washington, DC 20005
202-514-0485
Email: laura-kate.bernstein2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lisa Marie Thelwell**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Email: Lisa.Thelwell@usdoj.gov
*TERMINATED: 05/23/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2023 | 1 | INDICTMENT returned in open court as to Caleb Hunter Freestone (1) count(s) 1, 2-3, Amber Marie Smith-Stewart (2) count(s) 1, 2-3. (Attachments: # 1 Restricted Unredacted Indictment) (CTR) (Entered: 01/23/2023) |
| 01/18/2023 | 3 | MOTION for Miscellaneous Relief, specifically to Seal Indictment and Related Documents by USA as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. (CTR) (Entered: 01/23/2023) |
| 01/18/2023 | 4 | **ORDER granting 3 Motion to Seal Indictment and Related Documents as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2). Signed by Magistrate Judge Christopher P. Tuite on 1/18/2023. (CTR)** (Entered: 01/23/2023) |
| 01/23/2023 | 7 | **ORDER as to Caleb Hunter Freestone, Amber Marie Smith-Stewart: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (CTR)** (Entered: 01/23/2023) |
| 01/23/2023 |  | Arrest of Amber Marie Smith-Stewart. (JLW). (Entered: 01/24/2023) |
| 01/23/2023 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Celeste F. Bremer: Initial Appearance and Arraignment as to Amber Marie Smith-Stewart held on 1/23/2023. (DIGITAL) (JLW) Modified on 2/2/2023 to include arraignment hearing (APV). (Entered: 01/24/2023) |
| 01/23/2023 | 9 | ***CJA 23 Financial Affidavit by Amber Marie Smith-Stewart. (JLW) Modified on 1/24/2023 (JLW). (Entered: 01/24/2023) |

| | | |
|---|---|---|
| 01/23/2023 | 10 | ORE TENUS MOTION to Appoint Counsel by Amber Marie Smith-Stewart. (JLW) (Entered: 01/24/2023) |
| 01/23/2023 | 11 | **ORDER granting 10 Motion to Appoint Counsel as to Amber Marie Smith-Stewart (2). Signed by Magistrate Judge Celeste F. Bremer on 1/23/2023. (JLW)** (JLW). (Entered: 01/24/2023) |
| 01/23/2023 | 12 | ORE TENUS MOTION for Release from Custody by USA as to Amber Marie Smith-Stewart. (JLW) (Entered: 01/24/2023) |
| 01/23/2023 | 13 | **ORDER granting 12 Motion for Release from Custody as to Amber Marie Smith-Stewart (2). Order Setting Conditions of Release. Signed by Magistrate Judge Celeste F. Bremer on 1/23/2023. (JLW)** (Entered: 01/24/2023) |
| 01/27/2023 | 18 | Arrest Warrant Returned Executed on 01/20/2023 as to Amber Marie Smith-Stewart. (KME) (Entered: 01/30/2023) |
| 01/30/2023 | 16 | NOTICE OF HEARING as to Caleb Hunter Freestone, Amber Marie Smith-Stewart: Arraignment set for 2/9/2023 at 10:30 AM in Tampa Courtroom 10 A before Magistrate Judge Anthony E. Porcelli. (LV) (Entered: 01/30/2023) |
| 01/31/2023 | 20 | NOTICE OF ATTORNEY APPEARANCE: Tina Budzisz appearing for Amber Marie Smith-Stewart *and Substitution of Counsel* (Budzisz, Tina) (Entered: 01/31/2023) |
| 02/06/2023 | 21 | MOTION for Sarah Alvarez to appear pro hac vice by Amber Marie Smith-Stewart. (Attachments: # 1 Certificate of Good Standing)(AMS) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 02/06/2023) |
| 02/06/2023 | 22 | MOTION for Lauren C. Regan to appear pro hac vice by Amber Marie Smith-Stewart. (Attachments: # 1 Certificate of Good Standing)(AMS) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 02/06/2023) |
| 02/07/2023 | | PRO HAC VICE FEES paid by attorney Sarah Alvarez appearing on behalf of Amber Marie Smith-Stewart (Filing fee $150 receipt number TPA08038.) Related document: 21 MOTION for Sarah Alvarez to appear pro hac vice. (ARC) (Entered: 02/07/2023) |
| 02/07/2023 | | PRO HAC VICE FEES paid by attorney Lauren C. Regan appearing on behalf of Amber Marie Smith-Stewart (Filing fee $150 receipt number TPA068038.) Related document: 22 MOTION for Lauren C. Regan to appear pro hac vice. (ARC) (Entered: 02/07/2023) |
| 02/08/2023 | 24 | **ENDORSED ORDER granting 21 Motion for Sarah Alvarez to Appear Pro Hac Vice as to Amber Marie Smith-Stewart (2); granting 22 Motion for Lauren C. Regan to Appear Pro Hac Vice as to Amber Marie Smith-Stewart (2). Within twenty-one (21) days of the date of this Order, counsel shall comply with the electronic filing requirements and file a notice of compliance with said requirements. Signed by Magistrate Judge Anthony E. Porcelli on 2/8/2023. (LV)** (Entered: 02/08/2023) |
| 02/09/2023 | 25 | Minute Entry for In Person proceedings held before Magistrate Judge Anthony E. Porcelli: ARRAIGNMENT as to Caleb Hunter Freestone (1) Count 1, 2-3, and Amber Marie Smith-Stewart (2) Count 1, 2-3, held on 2/9/2023 Defendant(s) pled not guilty. (digital) (LV) (Entered: 02/09/2023) |
| 02/09/2023 | 28 | ORAL MOTION for Discovery by Amber Marie Smith-Stewart. (LV) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 02/09/2023) |
| 02/09/2023 | 29 | ORAL MOTION for Reciprocal Discovery by USA as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. (LV) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 02/09/2023) |

| | | |
|---|---|---|
| 02/09/2023 | 30 | **ORAL ORDER granting 27 Motion for Discovery as to Caleb Hunter Freestone (1); granting 29 Motion for Reciprocal Discovery as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2); granting 28 Motion for Discovery as to Amber Marie Smith-Stewart (2). Signed by Magistrate Judge Anthony E. Porcelli on 2/9/2023. (LV)** (Entered: 02/09/2023) |
| 02/09/2023 | 31 | **PRETRIAL discovery order and notice as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. Jury Trial set for the April 2023 trial term beginning the week of 4/3/2023 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 3/16/2023 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Magistrate Judge Anthony E. Porcelli on 2/9/2023. (LV)** (Entered: 02/09/2023) |
| 02/09/2023 | 32 | **ORAL ORDER as to Caleb Hunter Freestone, Amber Marie Smith-Stewart: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Anthony E. Porcelli on 2/9/2023. (LV)** (Entered: 02/09/2023) |
| 02/09/2023 | 33 | MOTION to Withdraw as Attorney by Tina Budzisz. by Amber Marie Smith-Stewart. (Budzisz, Tina) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 02/09/2023) |
| 02/09/2023 | 34 | **ENDORSED ORDER granting 33 Motion to Withdraw as Attorney Tina Budzisz as to Amber Marie Smith-Stewart (2). Signed by Magistrate Judge Anthony E. Porcelli on 2/9/2023. (LV)** (Entered: 02/09/2023) |
| 02/10/2023 | 35 | NOTICE *of CM/ECF Filing Requirements* by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart (Alvarez, Sarah) (Entered: 02/10/2023) |
| 02/10/2023 | 36 | ***TERMINATED-COUNSEL ON SIGNATURE LINE DOES NOT MATCH COUNSEL OF ENTRY-COUNSEL NOTIFIED TO RE-FILE*** NOTICE *of CM/ECF Filing Requirements* by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart (Alvarez, Sarah) Modified on 2/13/2023 (CTR). (Entered: 02/10/2023) |
| 02/13/2023 | 37 | NOTICE *of ECF Compliance* by Amber Marie Smith-Stewart re 24 Order on Motion to Appear Pro Hac Vice,. (Regan, Lauren) (Entered: 02/13/2023) |
| 02/22/2023 | 38 | NOTICE OF ATTORNEY APPEARANCE Laura-Kate Bernstein appearing for USA. (Bernstein, Laura-Kate) (Entered: 02/22/2023) |
| 03/01/2023 | 42 | Unopposed MOTION for Sarah Alvarez and Lauren Regan to appear telephonically *for Future Monthly Status Conferences* by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. (Alvarez, Sarah) Modified on 3/3/2023 (MEJ). (Entered: 03/01/2023) |
| 03/02/2023 | 43 | **ENDORSED ORDER granting Unopposed Motion for Sarah Alvarez and Lauren Regan to Appear Telephonically. (Doc. # 42). Counsel for Defendant Amber Marie Smith-Stewart may appear at the March 16, 2023, status conference, and any future status conferences, remotely. Counsel should contact the Courtroom Deputy, Magaly Justiniano, Magaly_Justiniano@flmd.uscourts.gov, with the appropriate information so that a Zoom link can be provided. Signed by Judge Virginia M. Hernandez Covington on 3/2/2023. (DRG)** (Entered: 03/02/2023) |

| | | |
|---|---|---|
| 03/09/2023 | 48 | Unopposed MOTION to Extend Time to File Pretrial Motions *Until May 2023* by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. (Alvarez, Sarah) (Entered: 03/09/2023) |
| 03/16/2023 | 49 | ORAL MOTION to Continue trial by Caleb Hunter Freestone, Amber Marie Smith-Stewart. (DRG) (Entered: 03/16/2023) |
| 03/16/2023 | 50 | **ORAL ORDER granting both Defendants' motions for extension of time to file pretrial motions. (Doc. ## 47, 48). Both Defendants may have until May 31, 2023, to file pretrial motions. Signed by Judge Virginia M. Hernandez Covington on 3/16/2023. (DRG)** (Entered: 03/16/2023) |
| 03/16/2023 | 51 | **ORAL ORDER granting 49 Motion to Continue as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Jury Trial set for the July 2023 trial term at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 5/11/2023 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 3/16/2023. (DRG)** (Entered: 03/16/2023) |
| 03/16/2023 | 52 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Caleb Hunter Freestone, Amber Marie Smith-Stewart held on 3/16/2023. Court Reporter: Rebecca Sabo (CAH) (Entered: 03/16/2023) |
| 03/22/2023 | 54 | SUPERSEDING INDICTMENT returned in open court as to Caleb Hunter Freestone (1) count(s) 1s, 2s-3s, Amber Marie Smith-Stewart (2) count(s) 1s, 2s-3s, Annarella Rivera (3) count(s) 1, 2-3, Gabriella Victoria Oropesa (4) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (JNB) (Entered: 03/29/2023) |
| 03/29/2023 | 59 | COPY OF ORDER entered in 8:23-cr-100-TPB-TGW: ENDORSED ORDER granting 8 Motion to Correct Case Number and to Re-Issue Two Arrest Warrants as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2), Annarella Rivera (3), Gabriella Victoria Oropesa (4). The Clerk is directed to correct the Indictment to reflect that it is a Superseding Indictment and to reassign the Superseding Indictment to the docket for case #8:23-cr-25-VMC-AEP. The Clerk is further directed to rescind the arrest warrants issued for Annarella Rivera and Gabriella Victoria Oropesa and reissue them under case #8:23-cr-25-VMC-AEP and thereafter close this case. Signed by Judge Thomas P. Barber on 3/29/2023. (JNB) (Entered: 03/29/2023) |
| 03/30/2023 | 61 | NOTICE OF HEARING as to Caleb Hunter Freestone, Amber Marie Smith-Stewart: Arraignment on Superseding Indictment set for 4/10/2023 at 11:00 AM in Tampa Courtroom 10 A before Magistrate Judge Anthony E. Porcelli. Waiver of presence at arraignment can be filed. (LV) (Entered: 03/30/2023) |
| 03/30/2023 | 62 | WAIVER of speedy trial through June 30, 2023 by Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa (Alvarez, Sarah) (Entered: 03/30/2023) |
| 03/30/2023 | 63 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Amber Marie Smith-Stewart. Motion referred to Anthony E. Porcelli. (Alvarez, Sarah) (Entered: 03/30/2023) |
| 03/31/2023 | 72 | **ENDORSED ORDER granting 63 Waiver of Presence at Arraignment on Superseding Indictment as to Amber Marie Smith-Stewart (2). Signed by Magistrate Judge Anthony E. Porcelli on 3/31/2023. (LV)** (Entered: 03/31/2023) |

| | | |
|---|---|---|
| 03/31/2023 | 73 | NOTICE canceling arraignment hearing scheduled for 4/10/2023 as to Amber Marie Smith-Stewart. (LV) (Entered: 03/31/2023) |
| 04/03/2023 | 79 | **ORDER as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/20. (JNB)** (Entered: 04/03/2023) |
| 05/04/2023 | 102 | MOTION to Dismiss *Count One of the Superseding Indictment* by Gabriella Victoria Oropesa. (Farmer, Matthew) (Entered: 05/04/2023) |
| 05/05/2023 | 103 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 5/11/2023 is rescheduled as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. New hearing date and time: Status Conference set for 5/17/2023 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington (MEJ) (Entered: 05/05/2023) |
| 05/12/2023 | 104 | Unopposed MOTION to Adopt re 102 Motion to Dismiss by Caleb Hunter Freestone as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (Maddux, Michael) (Entered: 05/12/2023) |
| 05/15/2023 | 106 | Unopposed MOTION to Adopt re 102 Motion to Dismiss by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (Alvarez, Sarah) (Entered: 05/15/2023) |
| 05/15/2023 | 107 | **ENDORSED ORDER granting Amber Smith-Stewart's Motion to Adopt Co-Defendant's Motion. (Doc. # 106). Signed by Judge Virginia M. Hernandez Covington on 5/15/2023. (DRG)** (Entered: 05/15/2023) |
| 05/17/2023 | 108 | RESPONSE in Opposition by USA as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa re 102 MOTION to Dismiss *Count One of the Superseding Indictment* (Thelwell, Lisa) (Entered: 05/17/2023) |
| 05/17/2023 | 110 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa held on 5/17/2023. Court Reporter: Tana Hess (MEJ) (Entered: 05/18/2023) |
| 05/17/2023 | 124 | ORAL MOTION to Continue trial by Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (DRG) Modified on 6/13/2023 (CTR). (Entered: 06/12/2023) |
| 05/18/2023 | 112 | Unopposed MOTION to Adopt re 102 Motion to Dismiss *Count I of the Superseding Indictment* by Annarella Rivera as to Annarella Rivera. (Olivero, Shiobhan) Modified on 5/18/2023 (CTR). (Entered: 05/18/2023) |
| 05/23/2023 | 114 | Notice of substitution of AUSA. Stacie B. Harris substituting for Lisa M. Thelwell. (Harris, Stacie) (Entered: 05/23/2023) |
| 05/23/2023 | 115 | Second MOTION to Extend Time to File Pretrial Motions *(unopposed)* by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (Alvarez, Sarah) (Entered: 05/23/2023) |
| 05/24/2023 | 116 | **ENDORSED ORDER: The Court is aware that Defendant Amber Smith-Stewart has filed a motion to extend the deadline to file pretrial motions by 60 days, until** |

| | | |
|---|---|---|
| | | July 30, 2023. (Doc. # 115). However, at present, this case remains on the July 2023 trial term. See (Doc. # 96). At the May 17, 2023, status conferences, the Court indicated it would continue the case to the August trial term after Defendant Caleb Freestone filed an appropriate waiver of speedy trial on the docket. To date, no such waiver has been filed. Thus, the Court cannot grant the relief requested by Ms. Smith-Stewart until Mr. Freestone files his waiver of speedy trial. **Signed by Judge Virginia M. Hernandez Covington on 5/24/2023.** (DRG) (Entered: 05/24/2023) |
| 06/07/2023 | 121 | **ENDORSED ORDER denying without prejudice Motion to Extend Time to File Pretrial Motions. (Doc. # 115). Defendant Caleb Hunter Freestone has only waived speedy trial through August 1, 2023. See (Doc. # 120). This case thus remains on the July 2023 trial term. So long as the case remains on the July 2023 trial term, the Court denies the motion to extend the pretrial motions deadline to July 30, 2023. Signed by Judge Virginia M. Hernandez Covington on 6/7/2023.** (DRG) (Entered: 06/07/2023) |
| 06/12/2023 | 125 | **ENDORSED ORDER granting 124 Motion to Continue as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2), Annarella Rivera (3), Gabriella Victoria Oropesa (4). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendants in a speedy trial. Jury Trial set for the August 2023 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 6/15/2023 at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 6/12/2023.** (DRG) (Entered: 06/12/2023) |
| 06/15/2023 | 126 | ORAL MOTION to Continue trial by Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (DRG) (Entered: 06/15/2023) |
| 06/15/2023 | 127 | **ORAL ORDER granting 126 Motion to Continue as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2), Annarella Rivera (3), Gabriella Victoria Oropesa (4). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Jury Trial set for the November 2023 trial term at 9:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 8/17/2023 at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 6/15/2023.** (DRG) (Entered: 06/15/2023) |
| 06/15/2023 | 128 | ORAL MOTION to extend the pretrial motions deadline to August 31, 2023, by Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (DRG) (Entered: 06/15/2023) |
| 06/15/2023 | 129 | **ORAL ORDER granting the motion to extend the pretrial motions deadline. All defendants may have until August 31, 2023, to file pretrial motions. Signed by Judge Virginia M. Hernandez Covington on 6/15/2023.** (DRG) (Entered: 06/15/2023) |
| 06/15/2023 | 130 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa held on 6/15/2023. Court Reporter: Bill Jones (MEJ) (Entered: 06/16/2023) |
| 06/23/2023 | 131 | **ENDORSED ORDER: The United States of America is directed to file a sur-reply to the motion to dismiss Count One, not to exceed 10 pages, by July 7, 2023. The sur-reply must address the following: (1) the argument that a portion of Count One is defective because "18 U.S.C. § 2 does not create an offense of aiding and abetting a conspiracy" (Doc. # 102 at 13); (2) Oropesa's arguments in her reply (Doc. # 118);** |

| | | |
|---|---|---|
| | | and (3) the recent Supreme Court case cited in Oropesa's notice of supplemental authority (Doc. # 123). Signed by Judge Virginia M. Hernandez Covington on 6/23/2023. (DMD) (Entered: 06/23/2023) |
| 06/28/2023 | 132 | NOTICE OF HEARING as to Amber Marie Smith-Stewart: Bond Hearing set for 7/6/2023 at 01:30 PM in Tampa Courtroom 10 A before Magistrate Judge Anthony E. Porcelli (IN PERSON).(LV) (Entered: 06/28/2023) |
| 07/02/2023 | 133 | Unopposed MOTION to Continue hearing by Amber Marie Smith-Stewart as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (Attachments: # 1 Exhibit A-Release Order)(Regan, Lauren) (Entered: 07/03/2023) |
| 07/03/2023 | 135 | **ENDORSED ORDER granting 133 Motion to Continue hearing as to Amber Marie Smith-Stewart (2). A notice rescheduling the hearing to be entered. Signed by Magistrate Judge Anthony E. Porcelli on 7/3/2023. (LV)** (Entered: 07/03/2023) |
| 07/03/2023 | 136 | NOTICE OF RESCHEDULING HEARING: The Bond review hearing previously scheduled for 7/6/2023 is rescheduled as to Amber Marie Smith-Stewart. New hearing date and time: Bond Review Hearing set for 7/20/2023 at 01:30 PM in Tampa Courtroom 10 A before Magistrate Judge Anthony E. Porcelli (IN PERSON).(LV) Modified on 7/3/2023 (LV). (Entered: 07/03/2023) |
| 07/07/2023 | 137 | NOTICE of filing supplemental authority as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa re: 108 Response in Opposition filed by USA. (Attachments: # 1 Exhibit United States v. Gallagher)(Bernstein, Laura-Kate) Modified on 7/7/2023 (CTR). Modified text on 7/11/2023 (LNR). (Entered: 07/07/2023) |
| 07/07/2023 | 138 | SUR-REPLY re 123 Notice of filing supplemental authority, 118 Reply to Response to motion, 131 Order directing response to motion 102 MOTION to Dismiss *Count One of the Superseding Indictment* by USA as to Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, Gabriella Victoria Oropesa. (Bernstein, Laura-Kate) (Entered: 07/07/2023) |
| 07/14/2023 | 140 | MOTION to Dismiss *Superseding Indictment* by Amber Marie Smith-Stewart. (Alvarez, Sarah) (Entered: 07/14/2023) |
| 07/20/2023 | 141 | Minute Entry for In Person proceedings held before Magistrate Judge Anthony E. Porcelli: BOND REVIEW HEARING as to Amber Marie Smith-Stewart held on 7/20/2023. (digital) (LV) (Entered: 07/20/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/21/2023 11:36:49 | | | |
| **PACER Login:** | CarolinePoor | **Client Code:** | 111-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-cr-00025-VMC-AEP |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |