# Exhibit 2

ADMCLOSED,STAYED

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:23-cv-00701-SDM-MRM

| | |
|---|---|
| Attorney General v. Freestone et al | Date Filed: 03/29/2023 |
| Assigned to: Judge Steven D. Merryday | Date Terminated: 06/05/2023 |
| Referred to: Magistrate Judge Mac R. McCoy | Jury Demand: None |
| Demand: $170,000 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 18:241 Conspiracy Against Citizen Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Attorney General**
*on behalf of the People of the State of Florida*

represented by **Joseph Edward Hart**
Office of Attorney General
Executive Staff
The Capitol
Ste Pl-01f
Tallahassee, FL 32399-1050
850-245-0160
Email: joseph.hart@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Hamilton Percival , II**
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
850-414-3684
Fax: 850-410-2672
Email: james.percival@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Caleb Hunter Freestone**

represented by **James Murray Slater**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
305-523-9023
Email: james@slater.legal
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amber Marie Smith-Stewart**

represented by **Marianne Dugan**
Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
541-687-9180

|||Email: mdugan@cldc.org  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Lauren C. Regan**  
Civil Liberties Defense Center  
1711 Willamette St., Suite 301 #359  
Eugene, OR 97401  
541-687-9180  
Fax: 541-686-2137  
Email: lregan@cldc.org  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Gabriella Victoria Oropesa** | represented by | **Faudlin Pierre**  Faudlin Pierre  600 SW 4th Avenue  Fort Lauderdale, FL 33179  305-336-9193  Email: fplaw08@yahoo.com  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Annarella Rivera** | represented by | **Andrea Costello**  Florida Legal Services  14260 W. Newberry Road, #412  Newberry, FL 32669  407-801-0332  Fax: 407-505-7327  Email: andrea@floridalegal.org  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2023 | 1 | COMPLAINT *for Injunctive Relief* against all Defendants (Filing fee $402 receipt number AFLMDC-20666878) filed by Attorney General Ashley Moody, on Behalf of the People of the State of Florida. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Hart, Joseph) Modified on 3/30/2023 (CTR). (Entered: 03/29/2023) |
| 03/30/2023 | 2 | NEW CASE ASSIGNED to Judge Steven D. Merryday and Magistrate Judge Mac R. McCoy. New case number: 8:23-cv-00701-SDM-MRM. (ER) (Entered: 03/30/2023) |
| 03/30/2023 | 3 | SUMMONS issued as to Caleb Hunter Freestone, Amber Marie Smith-Stewart. (CTR) (Entered: 03/30/2023) |
| 03/31/2023 | 4 | NOTICE of Local Rule 1.07(c) and Local Rule 3.02(a)(2)  -**Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.  -**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those |

| | | |
|---|---|---|
| | | described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>**(Signed by Deputy Clerk). (DAY) (Entered: 03/31/2023)** |
| 03/31/2023 | 5 | NOTICE of a related action per Local Rule 1.07(c) by Attorney General. Related case(s): Yes (Hart, Joseph) (Entered: 03/31/2023) |
| 04/05/2023 | 6 | CORPORATE Disclosure Statement by Attorney General. (Hart, Joseph) (Entered: 04/05/2023) |
| 04/07/2023 | 7 | PROOF of service by Attorney General (Attachments: # 1 Affidavit)(Hart, Joseph) (Entered: 04/07/2023) |
| 04/10/2023 | 8 | NOTICE of Appearance by James Hamilton Percival, II on behalf of Attorney General (Percival, James) (Entered: 04/10/2023) |
| 04/18/2023 | 9 | AMENDED COMPLAINT *First Amended Complaint* against All Defendants filed by Attorney General. (Attachments: # 1 Proposed Summons, # 2 Proposed Summons)(Hart, Joseph) (Entered: 04/18/2023) |
| 04/19/2023 | 10 | SUMMONS issued as to Gabriella Victoria Oropesa, Annarella Rivera. (CTR) (Entered: 04/19/2023) |
| 05/01/2023 | 11 | Unopposed MOTION to appear pro hac vice by Amber Marie Smith-Stewart. (Regan, Lauren) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/01/2023) |
| 05/01/2023 | 12 | Unopposed MOTION for Marianne Dugan to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20784853 for $150 by Amber Marie Smith-Stewart. (Regan, Lauren) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/01/2023) |
| 05/02/2023 | 13 | NOTICE TO COUNSEL Lauren Regan of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (CTR) (Entered: 05/02/2023) |
| 05/02/2023 | 14 | **ORDER granting 11 Unopposed Motion for Special Admission. The Clerk of Court is directed to add Lauren Regan to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Lauren Regan must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Lauren Regan must complete and submit the E-Filer Registration Form for CM/ECF. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 5/2/2023. (CM)** (Entered: 05/02/2023) |
| 05/02/2023 | 15 | **ORDER granting 12 Unopposed Motion for Special Admission. The Clerk of Court is directed to add Marianne Dugan to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Marianne Dugan must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Marianne Dugan must complete and submit the E-Filer Registration Form for CM/ECF. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 5/2/2023. (CM)** (Entered: 05/02/2023) |

| | | |
|---|---|---|
| 05/02/2023 | 16 | CORPORATE Disclosure Statement by Amber Marie Smith-Stewart. (Regan, Lauren) (Entered: 05/02/2023) |
| 05/02/2023 | 17 | NOTICE of Lead Counsel Designation by Lauren C. Regan on behalf of Amber Marie Smith-Stewart. Lead Counsel: Marianne Dugan. (Regan, Lauren) (Entered: 05/02/2023) |
| 05/02/2023 | 18 | MOTION to Stay *Proceedings* by Amber Marie Smith-Stewart. (Regan, Lauren) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/02/2023) |
| 05/02/2023 | 19 | DECLARATION of Lauren Regan re 18 MOTION to Stay *Proceedings* by Amber Marie Smith-Stewart. (Attachments: # 1 Exhibit A - criminal indictment)(Regan, Lauren) (Entered: 05/02/2023) |
| 05/02/2023 | 20 | Unopposed MOTION for Extension of Time to File Answer re 9 Amended Complaint by Amber Marie Smith-Stewart. (Regan, Lauren) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/02/2023) |
| 05/03/2023 | 21 | **ENDORSED ORDER granting 20 Defendant Smith-Stewart's Motion to Toll Deadline to File Responsive Pleading (Unopposed). Defendant Smith-Stewart must respond to Plaintiff's Amended Complaint (Doc. 9) within 5 days of any Order denying Defendant Smith Stewart's Motion to Stay Proceedings Pending Criminal Matter (Opposed) or any Order lifting any stay in this action. Defendant Smith Stewart's Motion to Stay Proceedings Pending Criminal Matter (Opposed) (Doc. 18) remains under advisement. Signed by Magistrate Judge Mac R. McCoy on 5/3/2023. (CM)** (Entered: 05/03/2023) |
| 05/03/2023 | 22 | PROOF of service by Attorney General (Attachments: # 1 Affidavit Oropesa, # 2 Affidavit Rivera)(Hart, Joseph) (Entered: 05/03/2023) |
| 05/08/2023 | 23 | NOTICE of Appearance by James Murray Slater on behalf of Caleb Hunter Freestone (Slater, James) (Entered: 05/08/2023) |
| 05/08/2023 | 24 | NOTICE of *Designation as Lead Counsel and* Appearance by Andrea Costello on behalf of Annarella Rivera (Costello, Andrea) (Entered: 05/08/2023) |
| 05/08/2023 | 25 | CORPORATE Disclosure Statement by Annarella Rivera. (Costello, Andrea) (Entered: 05/08/2023) |
| 05/08/2023 | 26 | CERTIFICATE of interested persons and corporate disclosure statement by Caleb Hunter Freestone. (Slater, James) (Entered: 05/08/2023) |
| 05/09/2023 | 27 | Joint MOTION for Extension of Time to File Response/Reply *Motion to Stay and First Amended Complaint* by Attorney General. (Hart, Joseph) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/09/2023) |
| 05/09/2023 | 28 | **ENDORSED ORDER granting 27 Joint Motion to Extend Time to Respond to Motion to Stay and to Respond to First Amended Complaint. Any Defendant who, before filing a responsive pleading, files a motion to stay must respond to Plaintiff's Amended Complaint (Doc. 9) within 5 days of any Order denying the motion to stay or any Order lifting any stay in this action. Plaintiff must respond to all pending or forthcoming motions to stay within 14 days of the later of either the filing of the last motion to stay or, if the final Defendant chooses not to file a motion, a notification of the same. Upon learning that a Defendant does not intend to file a motion to stay, Plaintiff must promptly notify the Court of this fact. Signed by Magistrate Judge Mac R. McCoy on 5/9/2023. (CM)** (Entered: 05/09/2023) |
| 05/10/2023 | 29 | MOTION to Stay *these Proceedings Pending the Outcome of Mr. Freestone's Parallel Criminal Case* by Caleb Hunter Freestone. (Slater, James) Motions referred to Magistrate |

| | | |
|---|---|---|
| | | Judge Mac R. McCoy. (Entered: 05/10/2023) |
| 05/11/2023 | 30 | MOTION to Stay *These Proceedings Pending Criminal Matter* by Annarella Rivera. (Costello, Andrea) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/11/2023) |
| 05/15/2023 | 31 | MOTION to Stay *These proceedings pending the outcome of her parallel criminal case* by Gabriella Victoria Oropesa. (Pierre, Faudlin) Motions referred to Magistrate Judge Mac R. McCoy. Modified text on 5/17/2023 (KME). (Entered: 05/15/2023) |
| 05/15/2023 | 32 | CERTIFICATE of interested persons and corporate disclosure statement by Gabriella Victoria Oropesa. (Pierre, Faudlin) (Entered: 05/15/2023) |
| 05/15/2023 | 33 | NOTICE of Lead Counsel Designation by Faudlin Pierre on behalf of Gabriella Victoria Oropesa. Lead Counsel: Faudlin Pierre. (Pierre, Faudlin) (Entered: 05/15/2023) |
| 05/30/2023 | 34 | RESPONSE in Opposition re 30 MOTION to Stay *These Proceedings Pending Criminal Matter*, 18 MOTION to Stay *Proceedings*, 31 MOTION to Stay These Proceedings Pending the Outcome of Her Parallel Criminal Case, 29 MOTION to Stay *these Proceedings Pending the Outcome of Mr. Freestone's Parallel Criminal Case* filed by Attorney General. (Hart, Joseph) Modified on 5/31/2023 (CTR). (Entered: 05/30/2023) |
| 06/05/2023 | 35 | Unopposed MOTION for Miscellaneous Relief, specifically Leave to File Consolidated Reply Brief on Motion to Stay by All Defendants. (Dugan, Marianne) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 06/05/2023) |
| 06/05/2023 | 36 | **ORDER granting 18, 29, 30, 31--motions to stay; staying this action for ninety days or until completion of the trial or another resolution in the criminal action, whichever occurs first; directing the clerk to administratively close the case; denying as moot 35--motion to reply. Signed by Judge Steven D. Merryday on 6/5/2023. (WBW)** (Entered: 06/05/2023) |
| 06/23/2023 | 37 | NOTICE of change of address by Marianne Dugan (Dugan, Marianne) (Entered: 06/23/2023) |

### PACER Service Center

**Transaction Receipt**

07/17/2023 09:34:55

| PACER Login: | CarolinePoor | Client Code: | 111-00001 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 8:23-cv-00701-SDM-MRM |
| Billable Pages: | 4 | Cost: | 0.40 |