UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20, <br><br> *Defendants*. | Case No. 8:23-cv-00705-KKM-AAS |

## JOINT MOTION TO REOPEN THIS CASE

Pursuant to the Court's September 20, 2023, Order (Doc. 59) and M.D. Local Rule 3.01, Plaintiff Heartbeat of Miami, Inc. ("Heartbeat") and Defendants Caleb Hunter Freestone ("Mr. Freestone"), Amber Marie Smith-Stewart ("Ms. Smith-Stewart"), Annarella Rivera ("Ms. Rivera"), and Gabriella Oropesa ("Ms.

Oropesa"), (collectively the "Defendants") respectfully file this Joint Motion to Reopen This Case. In support of this motion, the undersigned states:

1.  On March 29, 2023, Heartbeat filed suit against the Defendants asserting various causes of action (Doc. 1).

2.  On April 14, 2023, Heartbeat filed an Amended Complaint consisting of the same key allegations and claims (Doc. 9).

3.  On July 11, 2023, the Defendants jointly moved to extend the time to respond to the Amended Complaint until after any order denying a motion for stay or lifting such a stay (Doc. 51).

4.  On July 12, 2023, the Defendants jointly moved to stay these proceedings pending the outcome of a parallel criminal action, *United States v. Freestone*, 8:23-cr-25-VMC-AEP (M.D. Fla.). Doc. 53. Heartbeat did not oppose the stay at that time. ECF No. 56.

5.  On September 20, 2023, this Court granted Defendants' motion to stay and stayed the action for "ninety days or until completion of the trial or other resolution in the Criminal Action, whichever occurs first." Doc. 59 at 18. The Court further ordered that within 14 days of a resolution or trial of *United States v. Freestone* or expiration of the 90-day stay, "the parties shall jointly move to reopen this case" and "jointly file a status report updating the Court on what effect, if any, the criminal proceedings have on this case." *Id*. at 19. When the Court entered its

order, the criminal proceedings were set for the December 2023 trial term. *United States v. Freestone*, 8:23-cr-25-VMC-AEP, Doc. 155.

6. On December 7, 2023, the Court in *United States v. Freestone* granted a joint motion to continue the criminal trial as to Mr. Freestone, Ms. Stewart-Smith, Ms. Rivera, and Ms. Oropesa and rescheduled the jury trial for the March 2024 trial term. *United States v. Freestone*, 8:23-cr-25-VMC-AEP, Doc. 180. As of December 18, 2023, there has been no resolution in *United States v. Freestone* and the trial term remains set for the March 2024 trial term. *See id.*

7. Per the Court's September 20, 2023 Order, the stay is scheduled to expire on December 19, 2023. *See* Doc. 59 at 19. In anticipation of the stay's expiration and in compliance with the Court's instructions, the parties respectfully jointly move to reopen this case. *See id.*

## CONCLUSION

Accordingly, the parties respectfully move this Court for an order reopening this case.

Dated: December 19, 2023                                    Respectfully submitted,

| | |
|---|---|
| JEFFREY C. MATEER<br>DAVID J. HACKER<br>JEREMY G. DYS<br>RYAN N. GARDNER<br>LEA E. PATTERSON<br>FIRST LIBERTY INSTITUTE<br>2001 West Plano Parkway<br>Suite 1600<br>Plano, TX 75075<br>(972) 941-4444 | /s/ Jason Gonzalez<br>PAUL C. HUCK, JR.<br>FLORIDA BAR NO: 968358<br>JASON GONZALEZ<br>FLORIDA BAR NO: 146854<br>AMBER STONER NUNNALLY<br>FLORIDA BAR NO: 109281<br>CAROLINE MAY POOR<br>FLORIDA BAR NO. 1018391<br>LAWSON HUCK GONZALEZ PLLC<br>215 South. Monroe Street, Suite 320<br>Tallahassee, FL 32301<br>paul@lawsonhuckgonzalez.com<br>jason@lawsonhuckgonzalez.com<br>amber@lawsonhuckgonzalez.com<br>caroline@lawsonhuckgonzalez.com<br>(850) 825-4334<br><br>*Counsel for Plaintiff* |

By: */s/ Marianne Dugan*
   Marianne Dugan, *pro hac vice*
   Oregon State Bar # 932563
   Lauren Regan, *pro hac vice*
   Oregon State Bar # 970878
   Civil Liberties Defense Center
   1711 Willamette St., Suite 301 #359
   Eugene, OR 97401
   (541) 687-9180
   mdugan@cldc.org
   lregan@cldc.org
   *Attorneys for Defendant Amber Smith-Stewart*

4

By:    */s/ Andrea Costello*
      Andrea Costello
      Fla. Bar No. 0532991
      Florida Legal Services
      P.O. Box 533986
      Orlando, FL 32853
      Telephone: (407) 801-0332 (direct)
      Fax: (407) 505-7327
      andrea@floridalegal.org
      *Attorneys for Defendant Annarella Rivera*

By:    */s/ James M. Slater*
      James M. Slater
      Fla. Bar No. 111779
      113 S. Monroe Street
      Tallahassee, FL 32301
      Tel. (305) 523-9023
      james@slater.legal
      *Attorneys for Defendant Caleb Freestone*

By:    */s/ Miriam Haskell*
      Miriam Haskell
      Fla. Bar No. 069033
      Carrie Joanna Feit
      Fla. Bar No. 470066
      Community Justice Project
      3000 Biscayne Blvd., Suite 106
      Miami, Florida 33137
      Telephone: (305) 907-7697
      miriam@communityjusticeproject.com
      carrie@communityjusticeproject.com
      *Attorneys for Defendant Gabriella Oropesa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the CM/ECF website on this 19th day of December and thereby served to all counsel of record.

/s/ Jason Gonzalez
ATTORNEY