UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20, <br><br> *Defendants.* | Case No. 8:23-cv-00705-KKM-AAS |

## JOINT MOTION FOR SETTLEMENT CONFERENCE AND FOR EXTENSION OF TIME

This is an action for damages and injunctive relief brought by Plaintiff Heartbeat of Miami, Inc. ("Heartbeat"). Heartbeat has asserted various federal and state law claims—including claims pursuant to the Freedom of Access to Clinics Entrance Act (the "FACE Act") 18 U.S.C. 248—related to Defendants' alleged

vandalism, threats, and harassment at Heartbeat's Hialeah Facility, Heartbeat's 2022 annual fundraising Gala in Miami, and other facilities in Florida.

The State of Florida has also filed FACE Act claims against the individually named Defendants based largely on the same allegations. *Attorney General v. Freestone*, Case No. 8:23-cv-701-SDM-MRM (M.D. Fla.) (the "AG Action"). Due to the overlapping allegations, legal issues, and facts, as well as the inherent expense and risk of litigation, the parties believe it is in their best interests to convene a global settlement conference in the hope of resolving both this case and the AG Action.

The parties to the AG Action have already asked Judge Merryday to permit Magistrate Judge Porcelli to hold a settlement conference on January 31, 2024.[1] That mediation date has recently been cancelled due to unexpected delays and is in the process of being rescheduled for a date in early or mid-February. The parties therefore respectfully request that the Court order the parties in this action to the settlement conference expected to be held before Magistrate Judge Porcelli in February or as Magistrate Judge Porcelli and the parties' schedules allow.

---

[1] The individual Defendants in this action are also facing a federal criminal indictment for the same conduct in *United States of America v. Freestone et al.*, M.D. Fla. No. 8:23-cr-25 (the "Criminal Action"). The parties had intended to also mediate the Criminal Action at the January 31, 2024 settlement conference; however, the government is no longer expected to participate in settlement negotiations.

2

In light of the parties' desire to mediate this matter to a possible settlement, the parties also respectfully request that the Court extend the current outstanding deadlines in this case. Accordingly, the parties jointly request the following revised case deadlines be set:

- Case Management Report: 14 calendar days from the filing of the mediator's report; and
- Response to Defendants' Motion to Dismiss: 21 calendar days from the filing of the mediator's report.

## **CONCLUSION**

WHEREFORE, the parties respectfully move this Court for an order referring this matter to a settlement conference before Judge Porcelli and an extension of current outstanding deadlines.

Respectfully submitted,

| | |
|---|---|
| JEFFREY C. MATEER | /s/ *Jason Gonzalez* |
| DAVID J. HACKER | JASON GONZALEZ |
| JEREMY G. DYS | FLORIDA BAR NO: 146854 |
| RYAN N. GARDNER | PAUL C. HUCK, JR. |
| LEA E. PATTERSON | FLORIDA BAR NO: 968358 |
| FIRST LIBERTY INSTITUTE | AMBER STONER NUNNALLY |
| 2001 West Plano Parkway | FLORIDA BAR NO: 109281 |
| Suite 1600 | CAROLINE MAY POOR |
| Plano, TX 75075 | FLORIDA BAR NO. 1018391 |
| (972) 941-4444 | LAWSON HUCK GONZALEZ, PLLC |
| | 215 South. Monroe Street, Suite 320 |
| | Tallahassee, Florida 32301 |
| | (850) 825-4334 |
| | *Counsel for Plaintiffs* |

3

By:    */s/ Marianne Dugan*
      Marianne Dugan, *pro hac vice*
      Oregon State Bar # 932563
      Lauren Regan, *pro hac vice*
      Oregon State Bar # 970878
      Civil Liberties Defense Center
      1711 Willamette St., Suite 301 #359
      Eugene, OR 97401
      (541) 687-9180
      mdugan@cldc.org
      lregan@cldc.org
      *Attorneys for Defendant Amber Smith-Stewart*


By:    */s/ Andrea Costello*
      Andrea Costello
      Fla. Bar No. 0532991
      Florida Legal Services
      P.O. Box 533986
      Orlando, FL 32853
      Telephone: (407) 801-0332 (direct)
      Fax: (407) 505-7327
      andrea@floridalegal.org
      *Attorneys for Defendant Annarella Rivera*


By:    */s/ James M. Slater*
      James M. Slater
      Fla. Bar No. 111779
      113 S. Monroe Street
      Tallahassee, FL 32301
      Tel. (305) 523-9023
      james@slater.legal
      *Attorneys for Defendant Caleb Freestone*

By:    */s/ Miriam Haskell*
      Miriam Haskell

4

Fla. Bar No. 069033
Carrie Joanna Feit
Fla. Bar No. 470066
Community Justice Project
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697
miriam@communityjusticeproject.com
carrie@communityjusticeproject.com
*Attorneys for Defendant Gabriella Oropesa*

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on January 29, 2024, to all counsel of record.

*/s/ Jason Gonzalez*
JASON GONZALEZ
