UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20, <br><br> *Defendants*. | Case No. 8:23-cv-00705-KKM-AAS |

## JOINT MEDIATION REPORT AND REQUEST FOR 120-DAY STAY

Pursuant to the Court's January 30, 2024 Order—directing the parties to mediation (ECF No. 65) — Plaintiff Heartbeat of Miami, Inc. ("Heartbeat") and Defendants Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Oropesa (collectively, the "Parties") submit this Joint Mediation Report and Request for a 120-Day Stay.

A settlement conference was held on February 12, 2024, in person, at the Sam M. Gibbons United States Courthouse in Tampa, Florida. The Parties and their respective trial counsel participated in the settlement conference facilitated by Magistrate Judge Anthony E. Porcelli.

The Parties have agreed in principle to a settlement and are working toward memorializing the terms. Accordingly, the Parties request a 120-day stay for the settlement to be finalized.

Dated: February 15, 2024

JEFFREY C. MATEER
DAVID J. HACKER
JEREMY G. DYS
RYAN N. GARDNER
LEA E. PATTERSON
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444

Respectfully submitted,

*/s/ Jason Gonzalez*
PAUL C. HUCK, JR.
FLORIDA BAR NO. 968358
JASON GONZALEZ
FLORIDA BAR NO. 146854
AMBER STONER NUNNALLY
FLORIDA BAR NO. 109281
CAROLINE MAY POOR
FLORIDA BAR NO. 1018391
ROBERT E. MINCHIN, III
FLORIDA BAR NO. 1033022
LAWSON HUCK GONZALEZ PLLC
215 South. Monroe Street, Suite 320
Tallahassee, FL 32301
paul@lawsonhuckgonzalez.com
jason@lawsonhuckgonzalez.com
amber@lawsonhuckgonzalez.com
caroline@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
(850) 825-4334

*Counsel for Plaintiff*

2

By:    /s/ *Marianne Dugan*
      Marianne Dugan, *pro hac vice*
      Oregon State Bar No. 932563
      Lauren Regan, *pro hac vice*
      Oregon State Bar No. 970878
      Civil Liberties Defense Center
      1711 Willamette St., Suite 301 #359
      Eugene, OR 97401
      (541) 687-9180
      mdugan@cldc.org
      lregan@cldc.org
      *Attorneys for Defendant Amber Smith-Stewart*

By:   /s/ *Andrea Costello*
      Andrea Costello
      Florida Bar No. 0532991
      Florida Legal Services
      P.O. Box 533986
      Orlando, FL 32853
      Telephone: (407) 801-0332 (direct)
      Fax: (407) 505-7327
      andrea@floridalegal.org
      *Attorneys for Defendant Annarella Rivera*

By: /s/ *James M. Slater*
      James M. Slater
      Florida Bar No. 111779
      113 S. Monroe Street
      Tallahassee, FL 32301
      Tel. (305) 523-9023
      james@slater.legal
      *Attorneys for Defendant Caleb Freestone*

By:   */s/ Miriam Haskell*
    Miriam Haskell
    Fla. Bar No. 069033
    Carrie Joanna Feit
    Florida Bar No. 470066
    Community Justice Project
    3000 Biscayne Blvd., Suite 106
    Miami, Florida 33137
    Telephone: (305) 907-7697
    miriam@communityjusticeproject.com
    carrie@communityjusticeproject.com
    *Attorneys for Defendant Gabriella Oropesa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on February 15, 2024, to all counsel of record.

                                          */s/ Jason Gonzalez*
                                          Attorney