Jeremiah G. Dys
FIRST LIBERETY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
JDys@FirstLiberty.org
*Admitted PHV Counsel for Heartbeat of Miami, Inc.*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HEARTBEAT OF MIAMI, INC., | ) |
| | ) Case No. 8:23-cv-00705-KKM-AAS |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JANE'S REVENGE; CALEB | ) |
| HUNTER FREESTONE, in his | ) |
| personal capacity and as a | ) |
| representative of Jane's Revenge; | ) |
| AMBER MARIE SMITH-STEWART, | ) |
| in per personal capacity and as a | ) |
| Representative of Jane'sRevenge; | ) |
| ANARELLA RIVERA, in her | ) |
| personal capacity and as a | ) |
| representative of Jane's Revenge; | ) |
| GABRIELLA OROPESA, in her | ) |
| personal capacity and as a | ) |
| representative of Jane's Revenge; and | ) |
| JANE DOES 6-20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

In response to Order 69 directing compliance with Local Rule 2.01, I provide verification of having filed and been granted PHV admission for above referenced case. Attached are copies of Order 17/motion, and Order 20/granting. CEF registration was also completed on 4/20/23 as reflected on copy of attached screenshot.

Dated: February 16, 2024                              Respectfully submitted,


                                                */s/ Jeremiah Dys*
                                                Jeremiah G. Dys
                                                FIRST LIBERTY INSTITUTE
                                                2001 W. Plano Pkwy., Ste. 1600
                                                Plano, Texas 75075
                                                (972) 941-4444
                                                JDys@FirstLiberty.org

Monday, February 12, 2024 at 11:49:55 Central Standard Time

**Subject:** Activity in Case 8:23-cv-00705-KKM-AAS Heartbeat of Miami, Inc. v. Jane's Revenge et al Order
**Date:** Friday, February 9, 2024 at 3:12:05 PM Central Standard Time
**From:** cmecf_flmd_notification@flmd.uscourts.gov
**To:** cmecf_flmd_notices@flmd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/9/2024 at 4:11 PM EST and filed on 2/9/2024
**Case Name:**         Heartbeat of Miami, Inc. v. Jane's Revenge et al
**Case Number:**       8:23-cv-00705-KKM-AAS
**Filer:**
**Document Number:** 69(No document attached)

**Docket Text:**
**ENDORSED ORDER: Attorney Jeremiah G. Dys is directed to comply with Local Rule 2.01. By February 21, 2024, Attorney Jeremiah G. Dys must move to appear pro hac vice or file a notice detailing the steps he has taken to become admitted into the Middle District. Attorney Jeremiah G. Dys must also register with the Middle District's CM/ECF by February 21, 2024. Failure to comply with this order will result in the Court striking Attorney Jeremiah G. Dys's appearance from the record. Signed by Judge Kathryn Kimball Mizelle on 2/9/2024. (ALE)**

**8:23-cv-00705-KKM-AAS Notice has been electronically mailed to:**

Jason Brent Gonzalez     jason@lawsonhuckgonzalez.com, leah@lawsonhuckgonzalez.com, marsha@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com, stephanie@lawsonhuckgonzalez.com

Paul Courtney Huck, Jr     paul@lawsonhuckgonzalez.com, leah@lawsonhuckgonzalez.com, marsha@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com, stephanie@lawsonhuckgonzalez.com

Andrea Costello     andrea@floridalegal.org

Miriam Fahsi Haskell     miriam@communityjusticeproject.com, 4840238420@filings.docketbird.com, eservice@communityjusticeproject.com

Jeffrey Carl Mateer     jmateer@firstliberty.org, file@firstliberty.org

Jeremiah G. Dys     jdys@firstliberty.org, file@firstliberty.org

James Murray Slater     james@slater.legal, alicia@slater.legal, eservice@slater.legal, jslater@recap.email

Amber Stoner Nunnally     amber@lawsonhuckgonzalez.com, leah@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com, stephanie@lawsonhuckgonzalez.com

Caroline Poor     caroline@lawsonhuckgonzalez.com, stephanie@lawsonhuckgonzalez.com

Taylor Greene     taylor@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com, stephanie@lawsonhuckgonzalez.com

Lauren C. Regan     lregan@cldc.org

David Jonathan Hacker     dhacker@firstliberty.org, file@firstliberty.org

Ryan Nathan Gardner     rgardner@firstliberty.org

Lea E. Patterson     lepatterson@firstliberty.org

Marianne Dugan     mdugan@cldc.org

Robert E. Minchin, III     bob@lawsonhuckgonzalez.com

**8:23-cv-00705-KKM-AAS Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **HEARTBEAT OF MIAMI, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JANE'S REVENGE; CALEB HUNTER FREESTONE,** in his personal capacity and as a representative of Jane's Revenge; **AMBER MARIE SMITH-STEWART,** in her personal capacity and as a representative of Jane's Revenge; **ANNARELLA RIVERA,** in her personal capacity and as a representative of Jane's Revenge; **GABRIELLA OROPESA,** in her personal capacity and as a representative of Jane's Revenge; and **JANE DOES 6–20,**<br><br>*Defendants.* | Case No. 8:23-cv-00705-KKM-AAS |

## **Motion for Special Admission**

Pursuant to Local Rule 2.01(c), Jeremiah G. Dys, Esquire, respectfully moves for special admission to represent Plaintiff Heartbeat of Miami, Inc., in this action. In support of this motion, the undersigned states:

I am an attorney with the First Liberty Institute, 2001 West Plano Parkway, Suite 1600, Plano, TX 75075. I am a graduate of Taylor University (2001) and West Virginia College of Law (2005). I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the bars of the following United States District and Circuit courts:

> United States Supreme Court
> United States District Court for the Southern District of West Virginia
> United States District Court for the Eastern District of Michigan
> United States District Court for the Northern District of Texas
> United States District Court for the Eastern District of Texas
> United States Court of Appeals for the First Circuit
> United States Court of Appeals for the Second Circuit
> United States Court of Appeals for the Fourth Circuit
> United States Court of Appeals for the Fifth Circuit
> United States Court of Appeals for the Sixth Circuit
> United States Court of Appeals for the Ninth Circuit
> United States Court of Appeals for the Tenth Circuit
> United States Court of Appeals for the Eleventh Circuit
> United States Court of Appeals for the D.C. Circuit

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *Cambridge Christian School, Inc. v. Florida High School Athletic Association, Inc.*
> Case No. 22-11222: United States Court of Appeals for the Eleventh Circuit
> Case No. 8:16-cv-02753-CEH-AAS: United States District Court for the Middle District of Florida

I am familiar with and will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted,

*/s/ Jeremiah G. Dys*_____
JEREMIAH G. DYS

3

Dated: April 20, 2023	Respectfully submitted,

JEFFREY C. MATEER*	/s/ Jason Gonzalez
DAVID J. HACKER*	JASON GONZALEZ, LEAD COUNSEL
JEREMY DYS*	FLORIDA BAR NO: 146854
RYAN GARDNER*	PAUL C. HUCK, JR.
LEA E. PATTERSON*	FLORIDA BAR NO: 968358
FIRST LIBERTY INSTITUTE	AMBER STONER NUNNALLY
2001 West Plano Parkway	FLORIDA BAR NO: 109281
Suite 1600	TAYLOR GREENE
Plano, TX 75075	FLORIDA BAR NO. 1011792
(972) 941-4444	LAWSON HUCK GONZALEZ, PLLC
	215 South Monroe Street, Suite 320
*Applications for admission *pro hac vice*	Tallahassee, Florida 32301
pending.	(850) 825-4334
	jason@lawsonhuckgonzalez.com
	paul@lawsonhuckgonzalez.com
	amber@lawsonhuckgonzalez.com
	taylor@lawsonhuckgonzalez.com
	marsha@lawsonhuckgonzalez.com
	michelle@lawsonhuckgonzalez.com

*Counsel for Plaintiffs*

## Local Rule 3.01(g) Certification

Counsel for defendants have not filed an appearance in this matter, therefore, movant has not conferred with the opposing party regarding their position on this motion.

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on April 20, 2023, to all counsel of record.

/s/ Jason Gonzalez
Jason Gonzalez

| | |
|---|---|
| **Subject:** | FW: Activity in Case 8:23-cv-00705-KKM-AAS Heartbeat of Miami, Inc. v. Jane's Revenge et al Order on Motion to Appear Pro Hac Vice |
| **Date:** | Thursday, April 20, 2023 at 2:30:42 PM Central Daylight Time |
| **From:** | Jeff Mateer |
| **To:** | Jeremy Dys, Ryan Gardner, David Hacker, Legal Support |

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Date:** Thursday, April 20, 2023 at 2:21 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov <cmecf_flmd_notices@flmd.uscourts.gov>
**Subject:** Activity in Case 8:23-cv-00705-KKM-AAS Heartbeat of Miami, Inc. v. Jane's Revenge et al Order on Motion to Appear Pro Hac Vice

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/20/2023 at 3:21 PM EDT and filed on 4/20/2023
**Case Name:**     Heartbeat of Miami, Inc. v. Jane's Revenge et al
**Case Number:**   8:23-cv-00705-KKM-AAS
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
**ENDORSED ORDER granting [14] Motion to Appear Pro Hac Vice; granting [15] Motion to Appear Pro Hac Vice; granting [16] Motion to Appear Pro Hac Vice; granting [17] Motion to Appear Pro Hac Vice; granting [18] Motion to Appear Pro Hac Vice; granting [19] Motion to Appear Pro Hac Vice. Attorneys David J. Hacker, Jeffrey C. Mateer, Jeremiah G. Dys, Lea E. Patterson, and Ryan N. Gardner may appear pro hac vice, subject to the requirement that counsel submit their Pro Hac Vice E-File Registration within seven days of this order. Signed by Magistrate Judge Amanda Arnold Sansone on 4/20/2023. (BEE)**

**8:23-cv-00705-KKM-AAS Notice has been electronically mailed to:**

Jason Brent Gonzalez     jason@lawsonhuckgonzalez.com, mpoppell@shutts.com

Paul Courtney Huck, Jr     paul@lawsonhuckgonzalez.com, lsilva@jonesday.com,

marsha@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com, pvilla@jonesday.com

Jeffrey C. Mateer     jmateer@libertyinstitute.org, jkelly@libertyinstitute.org

Amber Stoner Nunnally     amber@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com

Taylor Greene     taylor@lawsonhuckgonzalez.com, michelle@lawsonhuckgonzalez.com

**8:23-cv-00705-KKM-AAS Notice has been delivered by other means to:**

David J. Hacker
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

Jeremy Dys
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

Lea E. Patterson
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

Ryan Gardner
First Library Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

# PACER
Public Access To Court Electronic Records

## Manage My Account

Jeremiah Dys

| | |
|---|---|
| Account Number | 5141864 |
| Username | jdys77817 |
| Account Balance | $0.00 |
| Case Search Status | Active |
| Account Type | Upgraded PACER Account |

### E-File Registration/Maintenance History

The table below provides a listing of your e-file registration and maintenance requests. A **"Pending"** status indicates the request is pending action by the court. A **"Processed"** status indicates the request has been processed by the court; it does not indicate that your filing status is **"Active"** at this court. Review your filing status **here**.

| Court | Description | Date Submitted | Status |
|---|---|---|---|
| District Of Columbia District Court | registration | 02/05/2024 | Pending |
| Ohio Northern District Court | registration | 02/02/2024 | Processed |
| Hawaii District Court | registration | 01/30/2024 | Rejected |
| Ohio Northern District Court | registration | 01/26/2024 | Rejected |
| U.S. Court Of Appeals, D.C. Circuit | registration | 01/23/2024 | Processed |
| District Of Columbia District Court | registration | 11/29/2023 | Processed |
| Florida Middle District Court | registration | 04/20/2023 | Processed |
| Florida Middle District Court | registration | 04/20/2023 | Rejected |
| New York Western District Court | registration | 11/09/2022 | Processed |
| U.S. Court Of Appeals, Second Circuit | registration | 10/24/2022 | Processed |
| Texas Northern District Court | link | 09/06/2022 | Processed |
| Texas Eastern District Court | link | 08/29/2022 | Processed |
| New York Eastern District Court | noticing | 07/18/2022 | Processed |
| West Virginia Southern District Court | noticing | 07/18/2022 | Processed |
| New York Eastern District Court | registration | 07/15/2022 | Processed |
| New York Eastern District Court | registration | 07/06/2022 | Rejected |
| U.S. Court Of Appeals, Fifth Circuit | registration | 10/15/2021 | Processed |
| U.S. Court Of Appeals, Sixth Circuit | noticing | 01/14/2021 | Processed |
| U.S. Court Of Appeals, First Circuit | noticing | 01/14/2021 | Processed |
| U.S. Court Of Appeals, Fourth Circuit | noticing | 01/14/2021 | Processed |

(1 of 2)  «  ‹  **1**  2  ›  »