UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **HEARTBEAT OF MIAMI, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JANE'S REVENGE; CALEB HUNTER FREESTONE**, in his personal capacity and as a representative of Jane's Revenge; **AMBER MARIE SMITH-STEWART**, in her personal capacity and as a representative of Jane's Revenge; **ANNARELLA RIVERA**, in her personal capacity and as a representative of Jane's Revenge; **GABRIELLA OROPESA**, in her personal capacity and as a representative of Jane's Revenge; and **JANE DOES 6–20**,<br><br>*Defendants*. | Case No. 8:23-cv-00705-KKM-AAS |

**UNOPPOSED MOTION TO EXTEND TIME
TO SUBMIT A STIPULATED FORM OF FINAL ORDER**

On February 15, 2024, Defendants notified this Court that the parties had reached an agreement in principle to settle this case. Doc. 70. On February 21, 2024, this Court dismissed the action subject to the right of any party to submit a stipulated form of final order within 120 days. Doc. 73. On June 20, 2024, at the

parties' request, the Court granted an additional 21 days to propose a stipulated form of final order. Doc. 74. That 21-day deadline runs on July 11, 2024.

Although the parties were initially unable to fulfill the settlement as planned, they worked diligently and have reached a new settlement agreement. The parties respectfully request that this Court extend the deadline to submit a stipulated form of final judgment until July 18, 2024, so that they may finalize their request for this Court to enter a stipulated form of final order.

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully Submitted, |
| | |
| JEFFREY C. MATEER | /s/Caroline May Poor |
| DAVID J. HACKER | JASON GONZALEZ |
| JEREMY G. DYS | FLORIDA BAR NO: 146854 |
| RYAN N. GARDNER | PAUL C. HUCK, JR. |
| LEA E. PATTERSON | FLORIDA BAR NO: 968358 |
| FIRST LIBERTY INSTITUTE | AMBER STONER NUNNALLY |
| 2001 West Plano Parkway | FLORIDA BAR NO: 109281 |
| Suite 1600 | CAROLINE MAY POOR |
| Plano, TX 75075 | FLORIDA BAR NO. 1018391 |
| (972) 941-4444 | LAWSON HUCK GONZALEZ, PLLC |
| | 215 South. Monroe Street, Suite 320 |
| | Tallahassee, Florida 32301 |
| | (850) 825-4334 |
| | |
| | *Counsel for Plaintiff* |

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel has conferred with Defendants' counsel via email regarding the issues raised in this motion. Defendants' counsel do not oppose the relief requested in this motion.

2

*/s/Caroline May Poor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on July 11, 2024, to all counsel of record.

*/s/Caroline May Poor*