UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **HEARTBEAT OF MIAMI, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **JANE'S REVENGE; CALEB HUNTER FREESTONE,** in his personal capacity and as a representative of Jane's Revenge; **AMBER MARIE SMITH-STEWART,** in her personal capacity and as a representative of Jane's Revenge; **ANNARELLA RIVERA,** in her personal capacity and as a representative of Jane's Revenge; **GABRIELLA OROPESA,** in her personal capacity and as a representative of Jane's Revenge; and **JANE DOES 6–20,** <br><br> *Defendants*. | Case No. 8:23-cv-00705-KKM-AAS |

### [PROPOSED] ORDER

Before the Court is Plaintiff's unopposed motion for Permanent Injunction, Final Judgment in Part, and to Stay Proceedings in Part, Doc. [x]. The motion is **GRANTED.**

All four Defendants, Caleb Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa, are permanently

**ENJOINED** from getting within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Heartbeat of Miami.

Based on the parties' agreed terms of settlement, which are **memorialized by the Parties in a contemporaneous filing in the related civil action, Case No. 8:23-cv-701-SDM-AAS, and** enforceable by entry of judgment in that related civil action, the Court enters **FINAL JUDGMENT** against Defendant Oropesa, and **STAYS** this case as to Defendants Freestone, Smith-Stewart, and Rivera because, pursuant to the parties' settlement agreement, a final damages award cannot be determined until the court sentences these Defendants in the related criminal case (No. 8:23-cr-25-VMC-AEP) and determines whether to order restitution. *See* Doc. [x] [Plaintiff's unopposed motion]. Within 7 days of sentencing, each Defendant shall file a notice with the Court. The parties shall meet and confer and submit a proposed order no later than 14 days of the last of these three Defendants being sentenced.

ORDERED in Tampa, Florida on _____, 2024.

2

3

                        _____
                        Kathryn Kimball Mizelle
                    UNITED STATES DISTRICT JUDGE