## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **HEARTBEAT OF MIAMI,** *Plaintiff,* v. **JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; and AMBER MARJE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; JANE DOES 5–20.** *Defendants.* | Case No. 8:23-cv-00705-KKM-AAS |

## MOTION TO WITHDRAW

Lea E. Patterson, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Plaintiff Heartbeat of Miami in this action and, in support, thereof, states as follows:

1. The basis for this withdrawal is that as of August 16, 2024, Ms. Patterson will no longer be employed by First Liberty Institute.

2. Attorneys David J. Hacker, Jeffrey C. Mateer, Jeremiah G. Dys, and Ryan Nathan Gardner will continue to represent Plaintiff Heartbeat of Miami. Undersigned's withdrawal will not prejudice any party in this matter.

3. Plaintiff Heartbeat of Miami consents to this withdrawal.

                    Respectfully submitted,

By:    */s/ Lea E. Patterson*
         Texas Bar No. 24102338
         David J. Hacker
         Texas Bar No. 24103323
         Jeffrey C. Mateer
         Texas Bar No. 13185320
         Jeremiah G. Dys
         Texas Bar No. 24096415
         Ryan Nathan Gardner
         Texas Bar No. 24101790
         FIRST LIBERTY INSTITUTE
         1600 W. Plano Parkway, Suite 1600
         Plano, Texas 75075
         Phone: 972/941-4444
         Fax: 972/941-4457

*Attorneys for Plaintiff Heartbeat of Miami*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing through the Court's CM/ECF, thereby effecting service on all Plaintiffs.

By:    */s/ Lea E. Patterson*
         Lea E. Patterson