UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEARTBEAT OF MIAMI, INC.,**

   *Plaintiff*,

v.

**JANE'S REVENGE; CALEB HUNTER FREESTONE, in his personal capacity and as a representative of Jane's Revenge; AMBER MARIE SMITH-STEWART, in her personal capacity and as a representative of Jane's Revenge; ANNARELLA RIVERA, in her personal capacity and as a representative of Jane's Revenge; GABRIELLA OROPESA, in her personal capacity and as a representative of Jane's Revenge; and JANE DOES 6–20,**

   *Defendants*.

Case No. 8:23-cv-00705-KKM-AAS

**[PROPOSED] ORDER**

Before the Court is Plaintiff's unopposed motion for permanent injunction and final judgment. Doc. [77]. The motion is **GRANTED.**

All four Defendants, Caleb Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa, are permanently **ENJOINED** from coming within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life

1

Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Plaintiff.

The parties agree to mutual general releases of any claims they may have against any opposing party arising from the same transaction or occurrence as the claims in the operative complaint. Doc. 9.

Each party shall bear their respective fees and costs.

The Court enters **FINAL JUDGMENT** against Defendant Oropesa for $13,000. Defendant Oropesa will pay $1,000 to each of the three facilities (South Broward Pregnancy Help Center, Life Choice Pregnancy Center, and Plaintiff) for a total of $3,000. Defendant Oropesa will pay a $10,000 civil penalty directly to the State of Florida. Defendant Oropesa's $13,000 payment of the civil judgment in the Related Civil Action, Case No. 8:23-cv-701-SDM-AAS ("the Related Civil Action") satisfies the judgment in this action. Defendant Oropesa will also, within 30 days of sentencing in her related criminal case, send a letter of apology to each facility similar to the apology the other three Defendants made at their sentencing hearing.

The Court enters **FINAL JUDGMENT** against Defendants Freestone, Smith-Stewart, and Rivera for a restitution amount of $600.00 jointly and severally, the amount equal to the restitution the trial court ordered Defendants Freestone, Smith-Stewart, and Rivera to pay Plaintiff in the Related Criminal Action. (No.

8:23-cr-25-VMC-AEP at Doc. 307). Defendants' payment of the restitution order in the Related Criminal Action satisfies the judgment in this action.

ORDERED in Tampa, Florida on _____, 2025.

_____
Kathryn Kimball Mizelle
UNITED STATES DISTRICT JUDGE