## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DVISION

HEARTBEAT OF MIAMI, INC.,

    Plaintiff,

Case No. 8:23-cv-705-KKM-AAS

v.

JANE'S REVENGE,
GABRIELLA OROPESA, *et al.*

    Defendants.

_____

### DEFENDANT GABRIELLA OROPESA'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND INCORPORATED MEMORANDUM OF LAW

Defendant Gabriella Oropesa, through undersigned counsel, respectfully moves this Court for an Order extending the deadline to submit letters of apology in accordance with this matter until 14 days after the conclusion of the pending appeal of her related criminal case. The letters are currently due April 14, 2025.

On January 30, 2025, the Court entered judgment in this matter and ordered Ms. Oropesa to pay $1,000 each to the South Broward Pregnancy Help Center, Life Choice Pregnancy Center, and Heartbeat of Miami, Inc., and a

1

$10,000 penalty to the State of Florida, for a total of $13,000. Doc. 86. Ms. Oropesa has complied with this order and completed these payments. The Court also directed Ms. Oropesa to send letters of apology to each facility *within 30 days of sentencing* in her related criminal case, No. 8:23-cr-25-VMC-AEP.

Following a criminal trial in December, Ms. Oropesa was sentenced on March 13, 2025. Ms. Oropesa has appealed the conviction in her criminal case, and her appeal (Case No. 25-10928) has been granted expedited review by the Eleventh Circuit. The initial briefing is due on April 11, 2025, with the response due two weeks later, and reply one week after that. Therefore, the matter should be fully briefed within one month.

Courts have wide discretion to extend deadlines in civil cases for "good cause" and when a request for extension is submitted prior to the deadline, as in this case. Fed. R. Civ. P. 6(b)(1); *see, e.g., Shed v. Univ. of Florida Brd. of Trustees*, 2023 WL 3431818, *1 (M.D. Fla. Apr. 17, 2023). Out of concern that an appeal could result in further actions in her criminal matter and that statements she makes now could still affect the criminal case, Ms. Oropesa

respectfully requests that the Court extend the current submission deadline of April 14, 2025 until 14 days after that appeal has concluded.[1]

For the foregoing reasons, Ms. Oropesa respectfully requests that this Court enter an Order extending the date to send letters of apology to the South Broward Pregnancy Help Center, Life Choice Pregnancy Center, and Heartbeat of Miami, Inc. until 14 days after the conclusion of her appeal in the related criminal case.

Date: April 7, 2025                    Respectfully submitted,

/s/ Miriam Haskell
Miriam Haskell, Esq.
Florida Bar No. 069033
miriam@communityjusticeproject.com
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

---

[1] In conferring with Plaintiff, Ms. Oropesa offered 14 days, rather than the current 30-day deadline, in order to shorten the requested extension, but still address her concerns.

3

<u>Local Rule 3.01 (g) Certification</u>

Counsel for Defendant Oropesa has conferred with counsel for Plaintiff, who is unopposed to the relief sought here.

Date: April 7, 2025                <u>/s/ Miriam Haskell</u>
                                                  Miriam Haskell, Esq.